# Exhibit A

# Jason Williamson

| | |
|---|---|
| **From:** | Ramsey, Steven <Steven.Ramsey@ago.mo.gov> |
| **Sent:** | Tuesday, December 19, 2017 5:09 PM |
| **To:** | Jacqueline.Shipma@mspd.mo.gov |
| **Cc:** | Jason Williamson |
| **Subject:** | Re: Martin Deposition |

Sounds good.

Sent from my iPhone

On Dec 19, 2017, at 3:01 PM, "Jacqueline.Shipma@mspd.mo.gov" <Jacqueline.Shipma@mspd.mo.gov> wrote:

> I have told Jeff to appear.
>
> Sent from my iPhone
>
> On Dec 19, 2017, at 2:25 PM, Jason Williamson <jwilliamson@aclu.org> wrote:
>
>> Counsel,
>>
>> Apologies for the delay in closing this loop. Are we still planning to finish the Martin deposition tomorrow?
>>
>> Plaintiffs will be represented by Matt Shahabian and Annie Prasad tomorrow, and they are more than willing to stick around for an addition hour to finish up the Martin deposition. I can also be available to call in for it as well.
>>
>> I've alerted the court reporters that we may want to tack this on after the Crowell dep is over, which we expect to be around 5pm (though it's hard to know for sure).
>>
>> Just let me know and I will confirm with Matt and Annie on my end.
>>
>> Best,
>>
>> **Jason D. Williamson**
>> Pronouns: he, his
>>
>> Senior Staff Attorney
>> Criminal Law Reform Project
>> American Civil Liberties Union
>> 125 Broad St., New York, NY 10004
>> 212.284.7340 | jwilliamson@aclu.org
>> aclu.org <image001.gif> <image002.jpg>
>> <image003.png>
>>
>> *This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

1