# Exhibit B

**From:** Elsbury, Laura <laura.elsbury@ago.mo.gov>
**Sent:** Friday, January 05, 2018 7:25 PM
**To:** Jason Williamson
**Subject:** RE: Deposition Notice [AGO-iManage.FID660803]

Jason –

I'm so very sorry that I didn't get back to you sooner. It's no excuse, but I'm preparing for a two-week jury trial and those tasks have me distracted!

We did discuss your proposal for a joint extension of time motion, but we've settled on a different course of action. As you know, we filed an interlocutory appeal of the court's denial of the State Defendants' Motion to Dismiss. While that appeal is pending, it doesn't make sense to file dispositive motions nor does it make sense to try this case. Accordingly, we have decided that it is time for us to seek a stay. We expect to file that motion very soon.

If you would be interested in joining the motion to stay, please let me know.

Thank you!

Laura E. Elsbury, Assistant Attorney General
State of Missouri
Civil Litigation Division
573-751-0052 | fax: 573-751-9456


**From:** Jason Williamson [mailto:jwilliamson@aclu.org]
**Sent:** Friday, January 05, 2018 2:36 PM
**To:** Elsbury, Laura
**Subject:** RE: Deposition Notice [AGO-iManage.FID660803]

Laura,

Any word from your team on this? I'd like to get a motion to the court sooner than later.

Thanks,

**Jason D. Williamson**
Pronouns: he, his

Senior Staff Attorney
Criminal Law Reform Project
American Civil Liberties Union

1

125 Broad St., New York, NY 10004
212.284.7340 | jwilliamson@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

**From:** Elsbury, Laura [mailto:laura.elsbury@ago.mo.gov]
**Sent:** Friday, December 29, 2017 4:53 PM
**To:** Jason Williamson
**Subject:** RE: Deposition Notice [AGO-iManage.FID660803]

Jason –

I apologize for not getting back to you sooner. With the holidays, I've not yet been able to talk to my team and my superiors, but they do know that this question is pending. We'll circle back with you early next week.

Happy New Year!

Laura

**From:** Jason Williamson [mailto:jwilliamson@aclu.org]
**Sent:** Thursday, December 28, 2017 5:24 PM
**To:** Elsbury, Laura
**Subject:** Fwd: Deposition Notice [AGO-iManage.FID660803]

Laura,

Circling back on this. Please let me know whether the state Defendants are amenable to the joint motion for extension of time, as described below. The MSPD Defendants have already agreed.

Thanks,

Jason


Sent from my iPhone

Begin forwarded message:

> **From:** Jason Williamson <jwilliamson@aclu.org>
> **Date:** December 20, 2017 at 1:17:50 PM EST
> **To:** Elsbury, Laura <laura.elsbury@ago.mo.gov>, 'Jacqueline.Shipma@mspd.mo.gov' <Jacqueline.Shipma@mspd.mo.gov>
> **Cc:** amy.breihan@macarthurjustice.org <amy.breihan@macarthurjustice.org>, Anthony Rothert <arothert@aclu-mo.org>, ascherzer@orrick.com <ascherzer@orrick.com>, atartaglio@orrick.com <atartaglio@orrick.com>, crosca@orrick.com <crosca@orrick.com>, eanand@orrick.com <eanand@orrick.com>, erose@orrick.com <erose@orrick.com>, Gillian Wilcox <gwilcox@aclu-mo.org>, Baumann, Jennifer

2

<Jennifer.Baumann@ago.mo.gov>, jmaune@orrick.com <jmaune@orrick.com>, Sauer, John <John.Sauer@ago.mo.gov>, Jessie Steffan <jsteffan@aclu-mo.org>, Moore, Justin <Justin.Moore@ago.mo.gov>, mshahabian@orrick.com <mshahabian@orrick.com>, rsills@orrick.com <rsills@orrick.com>, Bangert, Ryan <Ryan.Bangert@ago.mo.gov>, Ramsey, Steven <Steven.Ramsey@ago.mo.gov>
**Subject: RE: Deposition Notice [AGO-iManage.FID660803]**

Laura,

Thanks for the revised schedule. Those dates work for Plaintiffs.

In addition, per our phone conversation, and in light of the various discovery-related delays up to this point, Plaintiffs would like to ask the court to extend the dispositive motions deadline by roughly 30 days, from January 19 to February 16, 2018. We do not think this request would require changes to any of the other dates in the current Scheduling Order, though we recognize that it would leave fewer than 120 days between dispositive motions and trial.

Thank you, Laura, for checking in with your team about our proposal to file a joint motion with the court to that effect. Jacquie, would the MSPD Defendants be amenable to such an extension?

**Jason D. Williamson**
Pronouns: he, his

Senior Staff Attorney
Criminal Law Reform Project
American Civil Liberties Union
125 Broad St., New York, NY 10004
212.284.7340 | jwilliamson@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Elsbury, Laura [mailto:laura.elsbury@ago.mo.gov]
**Sent:** Monday, December 18, 2017 4:30 PM
**To:** 'Jacqueline.Shipma@mspd.mo.gov'; Jason Williamson
**Cc:** amy.breihan@macarthurjustice.org; Anthony Rothert; ascherzer@orrick.com; atartaglio@orrick.com; crosca@orrick.com; eanand@orrick.com; erose@orrick.com; Gillian Wilcox; Baumann, Jennifer; jmaune@orrick.com; Sauer, John; Jessie Steffan; Moore, Justin; mshahabian@orrick.com; rsills@orrick.com; Bangert, Ryan; Ramsey, Steven
**Subject:** RE: Deposition Notice [AGO-iManage.FID660803]

Good afternoon!

Here is a revised deposition schedule that I believe should accommodate everyone's availability.

- Wednesday, December 27 @ 9:00 a.m.    Deposition of Dwight Scroggins        Kansas City (exact location TBD)

3