UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHONDEL CHURCH, *et al.*, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-04057-CV-C-NKL |
| STATE OF MISSOURI, *et al.*, | ) |
| State Defendants. | ) |

## STATE DEFENDANTS' MOTION TO STRIKE DESIGNATION OF PLAINTIFFS' EXPERTS AND EXCLUDE TESTIMONY OF THOSE EXPERTS AT TRIAL

State Defendants, the State of Missouri and Governor Eric Greitens, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and Federal Rules of Evidence ("FRE") 403, 702, 704, move this Court to strike Plaintiffs' experts reports and exclude Plaintiffs' experts from testifying. State Defendants have contemporaneously filed suggestions in support of this motion.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Missouri Attorney General


/s/ *Laura E. Elsbury*
D. John Sauer #58721
Laura E. Elsbury, #60854
Steven Alan Ramsey #67126
Justin C. Moore, #65057
Assistant Attorneys General
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65101
(573) 751-8795 Phone
(573) 751-9456 Fax

*Attorneys for State Defendants*
*State of Missouri and Eric Greitens*


## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2018, the foregoing was e-filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on all parties of record.

*/s/ Laura E. Elsbury*
Laura E. Elsbury
Assistant Attorney General