UNITED SATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHONDEL CHURCH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 17-04057-CV-C-NKL |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Come now Plaintiffs, pursuant to Federal Rule of Civil Procedure 56, and move this Court to enter summary judgment in their favor on all claims asserted in their Class Action Petition for Injunctive and Declaratory Relief. As described in accompanying suggestions in support, there is no genuine dispute as to facts underlying Plaintiffs' right to judgment on the claims raised in their Petition.

Respectfully submitted,


/s/Anthony E. Rothert
Anthony E. Rothert
Jessie Steffan
ACLU OF MISSOURI
   FOUNDATION
906 Olive Street
Suite 1130
St. Louis, MO 63101
(314) 652-3114

Jason D. Williamson
ACLU FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004

Amy Breihan
MACARTHUR JUSTICE CENTER
   AT ST. LOUIS
3115 South Grand Boulevard
Suite 300
St. Louis, MO 63118

Gillian Wilcox
ACLU OF MISSOURI FOUNDATION
406 West 34th Street
Suite 420
Kansas City, MO 64111

Robert Sills
Aaron Scherzer
Matthew R. Shahabian
Camille J. Rosca
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

Will Melehani
Easha Anand
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

James Maune
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA 92614

Anthony Tartaglio
Annie Prasad
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2018, I electronically filed the foregoing with the Court's CM/ECF system, which effectuated service upon all counsel of record.

/s/Anthony E. Rothert