UNITED SATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

SHONDEL CHURCH, et al., )
)
        Plaintiffs, )
)
  v. ) Case No. 17-04057-CV-C-NKL
)
STATE OF MISSOURI, et al., )
)
        Defendants. )

### INDEX OF EXHIBITS TO
### PLAINTIFFS' SUGGESTIONS IN SUPPORT OF THEIR
### MOTION FOR SUMMARY JUDGMENT

| EXHIBIT LETTER | DESCRIPTION |
|---|---|
| A | Videotaped Deposition of Justin Carver Taken on Behalf of the Plaintiffs Dec. 11, 2017 |
| B | Missouri State Public Defender Cumulative Caseload Metrics |
| C | Videotaped Deposition of Rod Hackathorn Taken on Behalf of the Plaintiffs Dec. 20, 2017 |
| D | Missouri Public Defender Commission, FY 2017 Annual Report |
| E | Videotaped Deposition of Matthew Crowell Taken on Behalf of the Plaintiffs Dec. 20, 2017 |
| F | Video-Recorded Deposition of Kathleen L. Lear Taken on Behalf of Plaintiffs Oct. 6, 2017 |
| G | Video-Recorded Deposition of Michael K. Barrett Taken on Behalf of the Plaintiffs October 4, 2017 |
| H | Expert Report of Robert C. Boruchowitz, Oct. 16, 2017 |
| I | Videotaped Deposition of Edward Guinn Taken on Behalf of the Plaintiffs Dec. 12, 2017 |
| J | Video Deposition of Jeffrey Martin Taken on Behalf of the Plaintiffs Dec. 5, 2017 |
| K | Video Deposition of Ruth Petsch Taken on Behalf of the Plaintiffs Dec. 5, 2017 |
| L | Video-Recorded Deposition of Mary Fox Taken on Behalf of the Plaintiffs Dec. 19, 2017 |
| M | Videotaped Deposition of Anthony C. Cardarella Taken on Behalf of Plaintiffs Dec. 7, 2017 |

| | | |
|---|---|---|
| N | Videotaped Deposition of David Wallis Taken on Behalf of the Plaintiffs Dec. 11, 2017 | |
| O | Expert Report of Rodney J. Uphoff, Oct. 16, 2017 | |
| P | Expert Report of Stephen Gillers, Oct. 16, 2017 | |
| Q | Statement of Interest of the United States, *Wilbur v. City of Mt. Vernon*, (W.D. Wash. Aug. 14, 2013) | |
| R | American Bar Association and RubinBrown, *The Missouri Project* (2014) | |
| S | Missouri Public Defender Commission, Budget Request FY 2019 | |
| T | Kathleen Lear Oct. 6, 2017 Deposition Ex 33, Missouri Public Defender Commission, Fiscal Year 2018, Draft Legislative Budget Request, Sept. 21, 2016 | |
| U | Rod Hackathorn Dec. 20, 2017 Deposition Ex 50, Missouri Public Defender Commission, Fiscal Year 2018, Approved – October 25, 2017, Supplemental Legislative Budget Request, Oct. 25, 2017 | |
| V | Video-Recorded Deposition of Joel R. Elmer Taken on Behalf of the Plaintiffs October 4, 2017 | |
| W | Missouri State Public Defender System – By the Numbers | |
| X | Letter from Michael Barrett, Missouri Public Defender, to Hon. Eric Greitens, Governor of Missouri, Mar. 15, 2017 | |
| Y | Video-Recorded Deposition of Stephen P. Reynolds Taken on Behalf of the Plaintiffs Dec. 19, 2017 | |
| Z | Disciplinary Hearing Panel Decision, *In re Hinkebein*, No. DHP-16-004, Nov. 2, 2016 | |
| AA | The Spangenberg Group & Center for Justice, Law and Society at George Mason University, Assessment of the Missouri State Public Defender System, Oct. 2009 | |
| BB | Motion to Withdraw Due to Excessive Caseload, *Woodham v. Missouri*, No. SD35211, Nov. 6, 2017 | |
| CC | Letter from Justin Carver, Missouri Public Defender, to Office of the Chief Disciplinary Counsel, Oct. 30, 2017 | |
| DD | Rod Hackathorn Dec. 20, 2017 Deposition Ex 48, Appraisal Form for Dawn Calvin, Nov. 7, 2016 | |
| EE | Ruth Petsch Dec. 5, 2017 Deposition Ex 1, Email from Joel Elmer to Service List, Oct. 13, 2002 | |
| FF | Rod Hackathorn Dec. 20, 2017 Deposition Ex 49, Performance & Issue Entry Form, Mar. 2, 2017 | |
| GG | Performance & Issue Entry Form, Mar. 13, 2017 | |
| HH | Matthew Crowell Dec. 20, 2017 Deposition Ex 54, Draft Motion to Withdraw Due to Excessive Caseload | |
| II | Videotaped Deposition of Kathleen Lear Taken on Behalf of State Defendants State of Missouri and Eric Greitens Jan. 8, 2018 | |
| JJ | Video-Recorded Deposition of Sarah K. Johnson Taken on Behalf of the Plaintiffs Oct. 6, 2017 | |

| | |
|---|---|
| KK | Sarah Johnson Oct. 6, 2017 Deposition Ex 9, National Juvenile Defender Center, Missouri: Justice Rationed, Spring 2013 |
| LL | Rod Hackathorn Dec. 20, 2017 Deposition Ex 53, Email from Rod Hackathorn, District Defender, to Hon. Thomas Mountjoy, Hon. David Jones & Hon. Calvin Holden, Oct 10, 2017 |
| MM | Anthony Cardarella Dec. 12, 2017 Deposition Ex 15, Letter from Anthony Cardarella, District Defender, to Hon. Janet Sutton, Hon, James Van Amburg & Hon. Thomas Chapman |
| NN | Ruth Petsch Dec. 5, 2017 Deposition Ex 7, Petition for Writ of Prohibition and Suggestions in Support, Oct. 25, 2017 |
| PP | Rod Hackathorn Dec. 20, 2017 Deposition Ex 52, Missouri State Public Defender Commission, Notice Pursuant to 18 CSR 10-4.010 of Pending Certification of Public Defender Limited Availability, Jan. 6, 2010 |
| QQ | Justin Carver Dec. 11, 2017 Deposition Ex 26, Affidavit of William Stokely, Former Area 19 Public Defender, Oct. 31, 2017 |
| OO | Ruth Petsch Dec. 5, 2017 Deposition Ex 5, Draft Suggestions in Support of Writ of Prohibition and/or Mandamus |
| RR | Ruth Petsch Dec. 5, 2017 Deposition Ex 8, Motion Requesting Conference to Discuss Caseload Issues, Nov. 1, 2017 |
| SS | Email from Christopher Piatt, Assistant Public Defender, to Michael Barrett, Missouri Public Defender, Nov. 20, 2017 |
| TT | PD Case Load Finding and Order, *In re Area 25 Public Defender Office* |
| UU | Denial, *State ex rel. Hazel and Barrett v. Hon Mayer*, No. SC96736, Oct. 17, 2017, and Order, *State ex rel. Hazel and Barrett v. Hon. Mayer*, No. SD35176, Oct. 13, 2017 |