# Exhibit CC



**MISSOURI STATE PUBLIC DEFENDER SYSTEM**
Trial Division
210 Adams Street
Jefferson City, Missouri 65101
Telephone: 573-526-3266     Fax: 573-526-1115

October 30, 2017

Via Facsimile Only
Office of the Chief Disciplinary Counsel
3327 American Avenue
Jefferson City, Missouri 65109
(F) 573-635-2240

Dear Sir or Madam,

I am the District Defender in the Area 19 Public Defender Office in Jefferson City, Missouri. I am aware of my obligations under the rules of professional conduct. I am writing to report that my excessive caseload prevents me from fulfilling each of my obligations set out in the rules of professional conduct.

I have discussed this matter with my supervisor, who advised that the agency has no additional lawyers that can be assigned to Area 19 and that every public defender office is overloaded with cases.

I have attempted to control my caseload by: requesting additional resources from my supervisor; speaking with my judges; by filing motions to decline representation; and by filing motions to withdraw from representation. I even sent some cases to my supervisor stating that I already had too many cases and could not take the cases I sent (the cases were returned to me). My attempts to control my caseload have not yet reduced my caseload to a manageable level. I will continue to make efforts to control my caseload until such time as I am in compliance with the rules.

If you need additional information, I am happy to try to provide it.

Sincerely,

Justin Carver  #52759

www.publicdefender.mo.gov
MSPD_0039666
Case 2:17-cv-04057-NKL   Document 160-30   Filed 02/21/18   Page 2 of 4

P. 1

\* \* \* Communication Result Report ( Oct. 30. 2017 3:46PM ) \* \* \*

1) MISSOURI PUBLIC DEFENDER
2)

Date/Time: Oct. 30. 2017 3:45PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0693 | Memory TX | 5736352240 | P. 2 | OK | |

---

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size
E. 6) Destination does not support IP-Fax



**MISSOURI STATE PUBLIC DEFENDER SYSTEM**
Trial Division District Office Area 19
210 Adams Street
Jefferson City, Missouri 65101
Telephone: 573-526-3266   Fax: 573-526-1115

**FAX TRANSMITTAL MEMO**

The information contained in this facsimile may be confidential and may also be legally protected by the attorney-client privilege. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or if you are not the employee or agent responsible for the delivery to the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify by telephone (number listed above), and return the original transmission to the address above via U.S. Postal Service. Thank you!

Please Deliver the Following Pages to:

Name: _____   Fax No: 635-2240

Re: _____

Date: 10-3-17   Total Pages: 2 (Including Cover Sheet)

From: J. Carver

Message: Please see attached. Thank you.

www.publicdefender.mo.gov

Case 2:17-cv-04057-NKL    Document 160-30    Filed 02/21/18    Page 3 of 4

MSPD_0039667



# MISSOURI STATE PUBLIC DEFENDER SYSTEM

Trial Division District Office Area 19
210 Adams Street
Jefferson City, Missouri 65101
Telephone: 573-526-3266    Fax: 573-526-1115

## FAX TRANSMITTAL MEMO

*The information contained in this facsimile may be confidential and may also be legally protected by the attorney-client privilege. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or if you are not the employee or agent responsible for the delivery to the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify by telephone (number listed above), and return the original transmission to the address above via U.S. Postal Service. Thank you!*

Please Deliver the Following Pages to:

Name: _____  Fax No: 635-2240

Re: _____

Date: 10-30-17    Total Pages: 2
Including Cover Sheet

From: J. Carver

Message: Please see attached. Thank you.

Case 2:17-cv-04057-NKL   Document 160-30   Filed 02/21/18   Page 4 of 4
MSPD_0039668
www.publicdefender.mo.gov