# Exhibit GG

# Performance & Issues Entry Form

Created By: Kathleen Brown
09/26/2012 03:10 PM
Modified 03/13/2017 12:53 PM

Subject: ███████ - Client Complaint
Category:
Keyword:
Date: 09/26/2012

This Matter Concerns : Employee
Employee Name   Michael E . Lungstrum
Employee Number   PD00548
Functional Job Title   Assistant Public Defender
Classification   0402 Assistant Public Defender II
Tenure in Current Class   11/16/2006
Timesheet Approver (s)   Anthony Cardarella /Area007/MSPD, Kathleen Brown /Area007/MSPD
Office Group :   G110 Office Group
Area :   07

## Description of Event or Issue:     (field accepts attachments or you may type directly into the field )

Call from Client 9/26/12 @ 3:11 - 3:23 PM
Can I have a different attorney?  Says her current attorney does not want to talk to anyone she wants him to.  Shoal Creek Detective (Aaron Benson) wants her attorney to call him as she has several cases from all over coming in.  KCK Detective (Steven Brown) said 2 people ID her there and the DA wants to press charges.  She talked to these detectives two weeks ago.  She is wanting to know what charges they are going to file and the Detectives told her to have her attorney call them to find out.  Basically she is wanting to know what new charges are coming.  She has a receipt for the mouth swap she gave him, case number 09112-6B.
Aaron Benson, Shoal Creek Patrol Division Property Division 816-413-3425
I told her we cannot do anything for her in Kansas and some may find just our calling to find out charges from the detective as representing her.  We can however see what is going on in MO / Jackson County.

## Impact:

## Comments and Follow-up: