# Exhibit PP



# MISSOURI STATE PUBLIC DEFENDER
# NOTICE PURSUANT TO 18 CSR 10-4.010 OF
# PENDING CERTIFICATION OF PUBLIC DEFENDER
# LIMITED AVAILABILITY

**TO: The Thirty-Eighth Judicial Circuit,**

**Judge: Mark Orr, presiding,**

**District Public Defender: Rod Hackathorn**

**BE ADVISED:**

The Missouri State Public Defender has determined that the district office serving your circuit has exceeded the Public Defender Commission's maximum caseload standard for a period of three consecutive calendar months and is therefore at risk of certification pursuant to 18 CSR 10-4.010.

This is notice pursuant to the Missouri Public Defender Commission Rule on Caseload and 18 CSR 10-4.010(C), requiring State Public Defender to provide notice to the presiding or chief judge of each affected court that the public defender office for the circuit is at risk of being certified at least one calendar month prior to certification.

State Public Defender

Date: 1/6/10

MSPD - 0014147

