# Exhibit QQ

Walter J. Stokely    8734 Grande Pas, Kansas City MO, 64114    573-469-1641



October 31, 2017

Before me, the undersigned authority, personally appeared Walter Stokely, who being by me duly sworn, deposed as follows:

To Whom It May Concern:

My name is Walter Stokely, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

This letter is concerning the high caseload that public defenders in the Missouri State Public Defender System's Area 19 (Jefferson City) trial office have experienced in recent years.

I was an assistant public defender in Area 19 from April of 2013 through February of 2017. During that time, I was the lead attorney on well over a thousand cases in counties including Boone, Camden, Cole, Maries, and Miller.[i] My primary caseload was in Cole County.

Within one week of beginning my employment in Area 19, with no criminal law training or experience outside of one summer internship, I was given a stack of (about sixty, as best I can recall) already open files to work as lead attorney. Several attorneys having recently departed, the office had no choice. Soon after that, in December of 2013, after only eight months of practicing criminal law, I was the lead attorney on a felony case that went to jury trial. By the time of my departure, less than four years later, I had tried three sex felony cases in front of juries while also handling charges such as arson, murder, robbery – the whole gamut.

During my time in Area 19, four of the then seven attorney positions turned over, some several times. The resulting caseload redistribution caused the number of open, active cases assigned to me to surpass two hundred. This happened multiple times. When the office was fully staffed, my "normal" caseload would usually settle out around one hundred and twenty open, active cases.

During no time in my employment in Area 19 did I feel my clients were getting adequate, competent representation. Even during the best of times, it was impossible to adequately prepare for each jury trial (of the several that would typically be set each month), conduct an adequate investigation on each case, keep each client reasonably informed as to the status of their case and upcoming court dates, litigate things such as suppression issues, review discovery, or conduct necessary depositions, to name some of a criminal defense attorney's



duties. On top of this, just in Cole County, I was appearing in court nearly every workday, oftentimes for the majority of the workday.

Due to the high caseload, I was often unable to give clients competent representation. Additionally, my attention was so divided among the many cases that clients suffered as a result. One jury trial meant at least one hundred other clients' cases gathered dust for one week at a minimum. Despite complaints to my bosses, cases were continually assigned to me to the point where few if any clients received competent representation. When clients would phone or write with requests or questions, I was unable to return their communications or do what they asked in a reasonable time. Many complained to the Court that I never returned their calls, or made time to see them in person. This was doubly true for incarcerated clients, of which there were many in the Cole County jail, and in Missouri Department of Corrections facilities across the state.

Because of all of these issues, there were discussions within the office, particularly toward the end of my tenure, regarding how to limit Area 19 public defender caseloads. More manageable caseloads would mean for Area 19 not only that attorneys are complying with relevant Missouri Supreme Court ethics rules, but also that the defendants – our clients – are receiving competent, adequate representation, as the Constitution guarantees. With a reasonable and workable caseload, the problems described above could be mitigated, or even eliminated. Until then, Area 19 attorneys, at least when I was there, felt that our bar licenses were in jeopardy, but more importantly that the State of Missouri was failing in its duty to provide adequate and competent legal representation to criminal defendants.

In short, I was failing in my ethical duties to my clients as an attorney. Criminal defendants have a right to counsel, but I was only able to act as their counsel as time would allow, which was inadequate for too many.

---

[1] This is to say nothing of the estimated hundreds of other cases that were never formally assigned to me, but I still worked as the primary attorney in associate court, before the office switched to "vertical representation" in 2014.

Walter J. Stokely

*Subscribed and sworn to before me on this 30 day of October, 2017.*

Notary Public

DEBORAH L. REUSCHER
Notary Public - Notary Seal
State of Missouri
Commissioned for Clay County
My Commission Expires: February 26, 2020
Commission Number: 12544825

*My commission expires :*
Feb 26, 2020

# AFFIDAVIT
## STATE OF MISSOURI



Before me, the undersigned authority, personally appeared

*James Matthew Willis* _____, who being by me duly sworn, deposed as follows:

My name is James Matthew Willis, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I have been a licensed attorney with the Missouri Bar since September 2014. My Missouri Bar number is 67359. I became employed as an Assistant Public Defender on April 20, 2015.

I have asked my District Defender, Justin Carver, to assign no additional cases to me at this time. I made that request because I believe accepting any additional cases would make it impossible for me to continue to provide competent, effective legal counsel to each of my current clients.

I currently have 92 open cases. This includes 2 homicides, 1 Burglary 1st, 2 Robbery 1st cases, 4 A-B Felony sex cases, 20 misdemeanors, and 5 felony probation violations.

Here is a list of my current open cases:

1) Jeffery Millens, Jr – 17AC-CR0001-01 - Murder 2nd – Currently incarcerated at Jefferson City Correctional Center
2) Michael Phillips – 17AC-CR0507-01 - Murder 2nd - Currently incarcerated at Cole County Jail
3) John Buff – 15AC-CR00532 - Possession of a controlled substance with intent to distribute - Currently incarcerated at Southeast Correctional Center
4) Victoria Petrie – 16AC-CR01862-01 - Possession of a controlled substance with intent to distribute
5) Shawn Rose – 17AC-CR01015 - Committing Violence Against an Employee of the Department of Corrections - Currently incarcerated at Fulton Department of Mental Health
6) Montea Mitchell – 14AC-CR01031 - Committing Violence Against an Employee of the Department of Corrections - Currently incarcerated at Petosi Correctional Center
7) Johnathan Gill – 17AC-CR01316-01 - Burglary 1st
8) Johnathan Gill – 17AC-CR00644 - D Felony Stealing
9) Kane Carpenter – 17AC-CR00346-01 - Robbery 1st - Currently incarcerated at Cole County Jail -
10) Kane Carpenter – 16AC-CR02733-01 - Robbery 1st - Currently incarcerated at Cole County Jail

11) Scott Jackson – 13AC-CR01497-01 - Robbery 1st
12) Jeremy Johnson – 17AC-CR00175-901 - Robbery 2nd
13) James Stude – 15AC-CR02490-01 - Arson 2nd
14) Jeanne Capozzoli – 15AC-CR03396-01 - B Felony DWI
15) Julio Clark – 17AC-CR0573-01 - Child Molestation 2nd Degree - Currently incarcerated at Cole County Jail
16) William Giesing – 16AC-CR02926-01 - Forcible Rape - Currently incarcerated at Crossroads Correctional Center
17) James Darden – 16AC-CR00730 - Statutory Rape 2nd
18) Robert Taylor – 15AC-CR02703 - Enticement of a Child
19) Michael Rose – 17AC-CR0718 - Delivering or Concealing Prohibited Items on Premises - Currently incarcerated at Maryville Treatment Center
20) Robert Caldwell – 17AC-CR00593 - Delivering or Concealing Prohibited Items on Premises - Currently incarcerated at Tipton Correctional Center
21) Wyond Bynum – 17AC-CR00526 - Possession of a Controlled Substance
22) Wyond Bynum – 16AC-CR02527-01 - Possession of a Controlled Substance
23) Wyond Bynum – 17AC-CR0003-01 - Driving While Revoked
24) Lance Bibbs – 16AC-CR03073 - Possession of a Controlled Substance
25) Dalton Stuart – 17AC-CR00749 - Possession of a Controlled Substance - Currently incarcerated at Eastern Reception and Diagnostic Center.
26) Scott Cardwell – 17AC-CR00750 - Possession of a Controlled Substance - Currently incarcerated at Tiption Correctional Center
27) Elmber Jackson – 17AC-CR00398-01 Possession of a Controlled Substance - Algoa Correctional Center
28) Alyssa Smith – 15AC-CR00970 -01 - Possession of a Controlled Substance
29) Jeremy Maxwell – 16AC-CR01777-01 - Possession of a Controlled Substance - Currently incarcerated at Cole County Jail
30) Cassady Bible – 16AC-CR02334-01 - Possession of a Controlled Substance
31) Daniel Loepke – 16AC-CR03050-01 - Possession of a Controlled Substance
32) David Graham – 16AC-CR02830-01 - Possession of a Controlled Substance
33) David Graham – 16AC-CR02713-01 - Possession of a Controlled Substance
34) David Graham – 17AC-CR00198-01 - Receiving Stolen Property
35) Victoria Petrie – 16AC-CR02226-01 - Possession of a Controlled Substance
36) Robert Jones – 17AC-CR01048 - Delivery of a Controlled Substance
37) Kelley Mayer – 17AC-CR01143 - Delivery of a Controlled Substance - Currently incarcerated at Women's Eastern Reception and Diagnostic Center
38) Javaughn Hodges – 16AC-CR00275 - Failure to Appear – Currently incarcerated at Farmington Correctional Center
39) Brandon Wysong – 17AC-CR01317 - Tampering 1st Degree
40) Emmit Dorsey – 17AC-CR01447 - Property Damage 1st Degree
41) Joann Dent – 16AC-CR02559 - Property Damage 1st Degree
42) Benjamin Crawford – 17AC-CR01001 - Burglary 2nd Degree
43) Jeffrey McGee – 16AC-CR03262-01- Burglary 2nd Degree
44) Antonio Moore – 16AC-CR00213-01 Burglary 2nd Degree
45) Craig Jones – 16AC-CR02356-01 Stealing 3rd – Currently incarcerated at Tiption Correctional Center

46) Craig Jones – 17AC-CR00229-01 Stealing 3rd - Currently incarcerated at Tiption Correctional Center
47) Antonisha Solomon – 17AC-CR00208-01 - Stealing 3rd
48) Scott Campbell – 16AC-CR03342-01 - Stealing 3rd – Currently incarcerated at Algoa Correctional Center
49) Kandas Barnes – 16AC-CR01232-01 - Stealing 3rd - Currently incarcerated at Chillicothe Correctional Center
50) Amos Taylor – 17AC-CR00255-01 - Stealing 3rd
51) Christy Cook – 16AC-CR03261-01 - Stealing 3rd
52) Robert Kalvans-Beardsley – 16AC-CR00183-01 - Receiving Stolen Property
53) Robert Kalvans-Beardsley – 16AC-CR00184-01 - Receiving Stolen Property
54) Edmund Curry – 16AC-CR02354-01 - Receiving Stolen Property
55) Tara Taylor – 17AC-CR00181-01 - Receiving Stolen Property - Currently incarcerated at Chillicothe Correctional Center
56) Adam Wray – 17AC-CR0433-01 – Receiving Stolen Property
57) Brandon Wysong – 17AC-CR00425-01 - Forgery
58) Emmit Dorsey – 16AC-CR02489-01 - Forgery
59) Brandon Wysong – 16AC-CR01401-01 - Unlawful Use of a Weapon
60) Hannah Park – 16AC-CR03081-01 - Assault 2nd
61) Julio Clark – 16AC-CR01810-01 - Domestic Assault 2nd
62) Anthony Turner – 15AC-CR03389 - Criminal Nonsupport
63) Arik Byers – 16AC-CR03389 - Abuse or Neglect of a Child
64) Joseph Waters – 15AC-CR02493-01 - Passing a Bad Check
65) Dana Hayes – 16AC-CR01494-01 - Passing a Bad Check
66) Derrick Wooten – 17CC-CR00159 - Post-Conviction Bazell Claim - Currently incarcerated at Jefferson City Correctional Center
67) Antonisha Solomon – 16AC-CR02574 - Possession of a controlled substance - misdemeanor
68) Ashlie Grieser – 15AC-CR02296 - Unlawful Use of Paraphernalia – misdemeanor
69) David Graham – 16AC-CR03123 - Unlawful Use of Paraphernalia – misdemeanor
70) Elmer Jackson – 16AC-CR00545 - Unlawful Use of Paraphernalia – misdemeanor - Currently incarcerated at Algoa Correctional Center
71) Louis Minor – 16AC-CR02470 - Unlawful Use of Paraphernalia – misdemeanor
72) Wyond Bynum – 16AC-CR02450 - Driving While Suspended - Misdemeanor
73) Emmit Dorsey – 17AC-CR00527 - Assault 4th Degree
74) Emmit Dorsey – 16AC-CR02657 - Domestic Assault 3rd Degree
75) Emma Randall – 16AC-CR02282 - Assault 3rd Degree
76) Kane Carpenter – 16AC-CR02740 - Assault 3rd Degree
77) Edmund Curry – 17AC-CR00461 - Criminal Nonsupport – misdemeanor
78) Gevelle Jumper – 17AC-CR00356 - Trespass 1st Degree - Currently incarcerated at Cole County Jail
79) Gevelle Jumper – 17AC-CR003567 - Trespass 1st Degree
80) Gevelle Jumper – 17AC-CR00357 - Trespass 1st Degree
81) Gevelle Jumper – 17AC-CR00358 - Trespass 1st Degree

82) Daniel Loepke – 17AC-CR00891 - Stealing - Misdemeanor
83) Jonathan Gill – 17AC-CR01361 - Stealing – Misdemeanor
84) Dennis Elkin – 15AC-CR03309 - Passing a Bad Check - Misdemeanor
85) Chad Juergens – 16AC-CR00778 - Driving While Suspended – Misdemeanor
86) Scott Jackson – 11AC-CR01108-01 - Felony Probation Violation
87) Zachary Wimberley – 14AC-CR02652-01 - Felony Probation Violation
88) Phillip Word – 13AC-CR01307-01 - Felony Probation Violation
89) Scott Roberts – 14AC-CR01371 - Felony Probation Violation
90) Robert Kalvans-Beardsley – 14AC-CR00165 - Misdemeanor Probation Violation
91) Angela Luckett – 14AC-CR00141 - Misdemeanor Probation Violation
92) Lance Bibbs – 16AC-CR01239 - Misdemeanor Probation Violation

I started with the public defender system in 2015. At the time there was no discernable restriction on caseload. It was simply a matter of doing your best with the cases you were assigned. It was not common to hire experts, examine scientific data, challenge lab results, or even conduct depositions.

As a criminal defense attorney, our primary ethical duty is to the client. As a public defender, I have a duty to represent the poor. Until recently, I have let them down. Without restrictions on caseload, that ethical responsibility is demolished. Put plainly, without restrictions on caseload, I cannot represent clients effectively.

Effective representation is sometimes hard to define, but I think we can look at it through the course of working on a case. 1) meeting with clients; 2) reviewing discovery; 3) investigating a case. Each step requires an extraordinary amount of work.

First, meeting with clients can be difficult. The first issue is simply that I have 22 clients currently incarcerated throughout the state. I have clients in Algoa Correctional Center, Camden County Jail, Chillicothe Correctional Center, Cole County Jail, Eastern Reception and Diagnostic Center, Farmington Correctional Center, Fulton Department of Mental Health, Fulton Reception and Diagnostic Center, Jefferson City Correctional Center, Northeast Correctional Center, Petosi Correctional Center, South Central Correctional Center, Southeast Correctional Center, Tipton Correctional Center, Western Reception and Diagnostic Center, and Women's Eastern Reception and Diagnostic Center.

The second issue is that scheduling meetings means going through red tape. Many facilities only allow visits on specific days. For example, JCCC only allows visits on Monday and Thursday from 9am through 3pm, and Friday from 9:30am to 1:30pm and 2:30-6:30pm. Further, DOC has recently changed their policies with confidential phone calls. Previously, a phone call was relatively simple to set up. It was even possible to speak to a client the day you set up the call. Now, however, all calls must be set up 24 hours in advance, and the calls have to be scheduled through the central office in Columbia. To be clear, this means that every single public defender in the State of Missouri has to schedule phone calls through a single telephone line in Columbia. This means that some calls have to be scheduled far in advance.

Even if a client is out of custody, it is difficult to meet with a client. I have clients throughout the state. Some clients live in rural areas where cell phone reception is spotty. Further, our clients are indigent. They lack resources we take for granted. They do not have cars or transportation. These are simple resources that most of us have in the criminal justice system, but our clients do not.

Another factor in is reviewing discovery. In one case, there are over 30 CDs of photographs, videos, and medical evidence spanning hundreds of pages. Each photograph must be parsed, and each video must be viewed. Further, effective representation requires speaking to each witness. In another case, I have hundreds of pages of medical and mental health records that need to be analyzed.

Finally, there is the task of actually investigating the case. Many cases, are eyewitness identification cases. In order to be effective, I need to speak with each witness, either through our investigator or through depositions. Our investigator is excellent and efficient. However, he is the only investigator in our office, and he must investigate 694 cases assigned to seven attorneys spanning three counties.

Locating witnesses is often time-consuming. Witnesses often change addresses, change phone numbers, or relocate with friends and family, all without notice. Our investigator must track down leads, speak with friends and co-workers, and navigate social media in order to track down a witness.

For example, one client was an immigrant from the Philippines. He was accused of very serious conduct, and it was likely that he the ultimate resolution of the case would be his deportation. I had to work with the consulate in America, as well as research immigration law, to work out a resolution.

For many clients, I am the third or fourth attorney on their case. In one unfortunate case, my client was passed from attorney to attorney before the case was dismissed. My client did not have time to celebrate, however, because the state refiled and I was ultimately assigned. In another case, even though I am the third attorney, previous counsel had been unable conduct depositions. Even though the case has been pending for over one year, it is still necessary to depose the witnesses. Essentially, I have to treat the case as though I am the first attorney on the scene, and work the case from the ground up.

Finally, I must discuss a policy of caseload restrictions. This year marks the first time in my career that I have been allowed to restrict my caseload. Over the past six months, I have been able to spend time educating myself on the law and science. I have consulted with experts from across the county. They have helped me understand the new Daubert standard in Missouri and assisted in motion practice. I have been able to spend more time crafting motions and assisting clients. I have had time to research areas of the law, I would otherwise have been unable to research. I would not have been able to

effectively assist my clients absent relief. Without these restrictions, I would not be ethical.

The poor deserve the type of representation the constitution requires. Caseload restrictions are absolutely necessary to ensuring the poor get the representation they deserve.

_____
Affiant

In witness whereof I have hereunto subscribed my name and affixed my official seal this
30 day of October , 2017.

_____
(Signed)

THERESA M. SCHAEFER
Notary Public - Notary Seal
STATE OF MISSOURI
Cole County
Commission # 13452968
My Commission Expires: 12-09-2017

# AFFIDAVIT
## STATE OF MISSOURI



DEFENDANT'S EXHIBIT
10|30|17

Before me, the undersigned authority, personally appeared
Taylor Elswick _____, who being by me duly sworn, deposed
as follows:

My name is Taylor Elswick- MO Bar Number 69810, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I took the Missouri Bar Exam in February 2017 and found out I passed in April 2017. I became employed in the Jefferson City Public defender's office on June 5, 2017. I have been practicing law for approximately four months.

In order to provide adequate and diligent representation, I have indicated each month that I am not able to take on additional cases. Each month, we are assigned a number of cases and asked if we can competently take additional cases. In my professional judgement, I do not believe I can take on additional cases after I have been allocated my monthly total number of cases. As a new attorney, I am still in the process of learning how to juggle all of the aspects of being an attorney. For instance, meeting with clients, going over discovery which includes viewing multiple reports and videos, preparing for various hearings, depositions, trials, and all of the investigative work in between.

In my professional judgement, I believe that being assigned more cases than I already have will have a substantial impact on my ability to work on my current cases. Each case carries with it a differing degree of time and energy depending on different factors. Some of the factors include severity of charges, number of cases assigned to each client, amount of discovery etc. In my professional judgement, being assigned more cases will impede my ability to diligently work on each case that I currently am assigned to. This would impact my ability to make time to meet with clients in jail or department of

corrections, conducting legal research, writing motions, doing evidence views, crime scene views, meeting with clients that are out of custody, and investigating work on each case. As a new attorney, I feel that it takes me longer to work on each case for the fact that I am not as experienced as my colleagues and I do have to spend extra time because I am not as familiar with case law and statutes etc.

I currently have eighty four open cases in Cole County and Miller County. Eighty two of the cases are in Cole County, while two of the cases are in Miller County. The two pending cases in Miller County are juvenile cases, as I am the designated attorney in the office that takes juvenile cases. Juvenile cases are complex in the fact that different rules and statutes apply that are different from adult courts. Almost every juvenile case that I have worked on requires a substantial amount of work because once a juvenile has been detained, I am required to drive to Miller County and have a detention hearing within three days. I also have to drive to the juvenile detention center (one hour drive each way) to see clients that are in detention. Also, I can expect to have an adjudication hearing each juvenile law day that is essentially a trial.

I currently have clients that are incarcerated in Cole County jail, Mary Dickerson Juvenile Justice Center, Chillicothe Correctional Center, Farmington Correctional facility, Fulton Reception and Diagnostics Center, Missouri Eastern Correctional Center, Moberly Correctional Center, and Women's Eastern Reception, Diagnostic and Correctional Center.

Listed below is a list of all of my current cases that are open:
1. Wendall S Belisle Jr.- 13AC-CR03269: Theft/Stealing
2. Donald L Phibert- 13AC-CR00935: Probation Violation
3. Ashley N Osborn- 11AC-CR02087- Probation Violation
4. Nathanial Jones- 15AC-CR01814- Driving while suspended/revoked
5. Michael T Leavell- 14AC-CR00710- Probation Violation
6. Allen Vaughn- 15AC-CR03231- Domestic Assault 2nd
7. Allen Vaughn- 16AC-CR00878- Domestic Assault 2nd

- These two cases are currently set for trial in January and will require extensive work and planning on setting depositions soon.

8. Danneisha Nesbitt- 16AC-CR00239- Theft/Stealing
9. Danneisha Nesbitt- 16AC-CR00099- Stealing 3rd
   - I will have to prepare a extensive motion to address a potential *Bazell* issue.

10. Tina N Abbott- 16AC-CR01135- Stealing 3rd Offense
11. Nathaniel Jones- 16AC-CR00866- Driving while suspended/revoked
12. Michael T Leavell- 16AC-CR01925- Forgery
13. Ron L Dameron- 16AC-CR01296- Invasion of Privacy
    - Client is in DOC in Farmington (three hours one way) and case is going to be set for trial as I have already completed depositions.

14. Nathanial Jones- 16AC-CR02061- Possession of controlled substance
15. Nathaniel Jones- 16AC-CR01989- Possession of a controlled substance
16. Dalton C Herrera- 16AC-CR02131- Possession of a controlled substance
17. Sarah Hart- 16AC-CR02533- Possession of controlled substance
18. Dominique Woods- 16AC-CR02508- Receiving stolen property
19. Crystal Reed- 16AC-CR02771- Damage to jail property
20. Malissa Jefferson- 16AC-CR01768- Theft/stealing
21. Anthony D Curry- 14AC-CR01903- Probation Violation
22. Pilar F Rogers- 16AC-CR02727- Possession of a controlled substance
23. Courtney D Moore- 16AC-CR02516- DWI/Driving while suspended/revoked
24. Darrell L Howell- 16AC-CR02193- Theft/stealing
25. Darrick Calvin-16AC-CR01812- Forgery/Stealing 3rd offense
26. Michael D Anderson- 16AC-CR03315- Property damage 1st/ Resisting Interfering with arrest/ DWI
27. Cody A Freeman- 16AC-CR01586- Possession of a controlled substance
28. Semaj L Harris- 16AC-CR03363- Receiving stolen property (3 counts)
29. Jermaine C White-16AC-CR02552- Property damage 1st
30. Melissa G Dillon- 16AC-CR03126- Unlawful possession of paraphernalia
31. Melissa G Dillon- 13AC-CR01534- Probation violation

32. Arthur V Gagnon- 14AC-CR00726- Probation violation
33. Arthur V Gagnon- 14AC-CR01713- probation violation
34. Katrina Y White- 15AC-CR01103- Probation Violation
35. Dennis C Collins- 13AC-CR02093- Probation violation
36. Douglas W Menke- 16AC-CR02146- Unlawful possession of a firearm
37. Jeffrey T Rice- 17AC-CR00289- Possession of controlled substance
38. Britaney N West- 17AC-CR00339- Fraudulent use of a credit device
39. Jermaine C Atkins- 17AC-CR00240- Failure to register as a sex offender
40. Jessica D Morgan- 17AC-CR00402- Leaving the scene of an accident/Property damage 1st degree
41. Paige Winter- 17AC-CR00440- Theft/stealing
42. Nobel K Russell- 13AC-CR00322- Probation Violation
43. Nicole Simmons- 16AC-CR02146- Receiving stolen property
44. Carrie Courtright- 17AC-CR00399- Theft/stealing
45. Brittany Fischer- 17AC-CR00197- Property damage 2nd degree
46. Nobel K Russell- 16AC-CR02846- Violation of protective order/ Burglary 2nd degree
47. Tina N Abbott- 17AC-CR00894- Theft/stealing
48. Deandre D Lewis- 14AC-CR01556- Probation violation
49. Brittany S Phillips- 13AC-CR01218- Probation violation
50. Nathanial Jones- 15AC-CR01567- Probation violation
51. Nathanial Jones- 17AC-CR00945- Driving while suspended/revoked 2nd offense/ Possession of a controlled substance
52. Nathanial Jones- 17AC-CR00732- Possession of controlled substance/ Unlawful possession of drug paraphernalia
    - This client has seven open cases and will require extensive time spent on meeting with client on each case and reviewing all discovery.
53. Keith L Bryant- 17AC-CR00597- Delivery, Attempt to deliver, possess, conceal, deposit contraband in penal institution
54. Kevin M White- 17AC-CR01300- Domestic Assault 2nd
55. Kevin M White- 17AC-CR00476- Domestic Assault 4th

- This client recently had a probation violation case dealing with the two open cases and I have spent extensive time in preparing for these cases and meeting with client while confined.

56. Michael A Findley- 17AC-CR01260- Stalking 1st Degree
57. Michael A Findley- 16AC-CR03326- Domestic Assault 3rd degree/ Endangering welfare of a child
    - This client has two complex cases that will take extensive time preparing for depositions and trial.
58. Steven D Myers- 17AC-CR01395- Theft/stealing
59. Dimitrius Roberts- 17AC-CR00936- Theft/Steling
    - This client's case is set for trial soon. I am currently preparing for depositions and will be spending an extensive amount of time.
60. Corinne Stumborg- 16AC-CR03360- Assault Law Enforcement 3rd degree
61. Paul W High- 17AC-CR01461- Domestic Assault 2nd degree/ Domestic Assault 2nd degree/ Unlawful use of a weapon/Armed Criminal action
62. Dylan M Gibson- 17AC-CR01559- Theft/stealing
63. Dylan M Gibson- 17AC-CR01560- Theft/stealing
64. Amber F Shoults- 17AC-CR01175- Possession of a controlled substance/ unlawful possession of drug paraphernalia
65. Amber F Shoults- 17AC-CR01315- Trespass 1st degree
66. Amber F Shoults- 17AC-CR01006- Trespass 1st degree
    - This client has three open cases and is currently in DOC. Her case will take more time to prepare for future hearings and trial.
67. Brittany S Phillips- 17AC-CR01492- Theft/stealing
68. Matigg D Woods- 17AC-CR00632- Theft/stealing/ trespass 1st degree
69. Amanda R Dunlap-17AC-CR00752- Unlawful possession of drug paraphernalia/ speeding
70. Miles G Minor- 17AC-CR00636- Delivery or possession of contraband at county jail
71. Darla R Figolah- 17AC-CR01362- Theft/stealing
72. Shariode Tolen- 17AC-CR01062- Domestic assault 4th degree

73. Jennifer P Ware- 17Ac-CR00768- Fraudulent use of a credit or debit device
74. Lamaree Montgomery- 17AC-CR01099- Assault 4th degree
75. Lamaree Montgomery- 17AC-CR00708- Domestic Assault 2nd degree/ Endangering welfare of a child 2nd degree/ Assault 4th degree
76. Richard L Daniels- 17AC-CR00245- Forgery
77. Charles O Lowe- 16AC-CR01773- Possession of a controlled substance/ driving while suspended/ revoked/ unlawful possession of drug paraphernalia
78. Eizabeth Proctor- 16AC-CR02266- 3 counts of Forgery
79. Tina N Abbott- 17AC-CR01102- Theft/stealing
80. Tina N Abbott- 17AC-CR01103- Theft/stealing/ Trespass 1st degree
    - This client has four open cases and will take extensive time to review all discovery and prepare for future court proceedings.
81. Travis T Robbins- 17AC-CR00418- Possession of a controlled substance/ Unlawful possession of drug paraphernalia
82. Yashim D Smith- 14AC-CR02660- Possession of a controlled substance/ Burglary 2nd degree/ Property damage 1st degree
83. 17ML-JU00045- Miller County juvenile case is set for adjudication hearing and will take extensive time to repair and meet with client.
84. 17ML-JU00053- Miller County juvenile case that is set for hearing and will take extensive time to repair and meet with client who is in custody in Camdenton.

_(Signature)_

Affiant

In witness whereof I have hereunto subscribed my name and affixed my official seal this _30_ day of _October_, 2017.

_(Signature)_

(Signed)

THERESA M. SCHAEFER
Notary Public - Notary Seal
STATE OF MISSOURI
Cole County
(Seal)
Commission # 13452968
My Commission Expires: 12-09-2017

# AFFIDAVIT
## STATE OF MISSOURI



Before me, the undersigned authority, personally appeared Adam Cartwright, who being by me duly sworn, deposed as follows:

My name is Adam Cartwright, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated and am competent to testify hereto:

I began working with the Public Defender office in Jefferson City on October 23, 2017. I previously worked at the Public Defender office in Poplar Bluff and am still the attorney of record on over 100 cases from that office. I have already been assigned 59 cases; many of these cases have had multiple previous attorneys. I am still in the process of contacting and locating many of these clients. One such felony assault case contains approximately 1,300 pages of discovery and multiple discs of digital discovery.

Insofar as my clients in Jefferson City, there are several that I have not contacted. I have clients incarcerated in the following facilities:

- Cole County Jail
- Laclede County Jail
- Chillicothe Correctional Center
- ERDCC
- Jefferson City Correctional Center
- Northeast Correctional Center
- South Central Correctional Center
- Western Missouri Correctional Center
- Potosi Correctional Center

Attached is a list of all cases I am currently assigned since October 23, 2017, in the Jefferson City office.

Due to the volume of cases I have been recently assigned, along with my continued duties to clients in my previous office, I feel that in my professional judgment

it is inadvisable to request more cases be assigned at this time. During this transition, it will be difficult to continue to effectively represent all of my clients and deliver the service necessary to ensure their constitutional rights are protected. Failure to do so could result in a finding of ineffective assistance of counsel. This would result in an increased burden on the state through the post-conviction relief process. Further, it could result in discipline by the Missouri Bar Association.

For the foregoing reasons, I have requested my District Defender, Justin Carver, that I not be assigned more cases until further notice.

_____
Affiant

In witness whereof I have hereunto subscribed my name and affixed my official seal this _30_ day of _October_, 2017.

_____
(Signed)

THERESA M. SCHAEFER
Notary Public - Notary Seal
STATE OF MISSOURI
Cole County
Commission #13452968
My Commission Expires: 12-09-2017

The following is a current list of active cases upon which I am entered.

1. Lark Gardner (16AC-CR02781) Violence towards an Emp of DOC or Inmate by an Inmate. Two Counts. Class B felony.
2. Danny Pilkinton (17AC-CR00299) Ct I: Violence towards an Emp of DOC or Inmate by an Inmate. Class B felony. Ct II: Endangering Emp of DOC or Inmate by Knowingly/Attempting to cause contact by another to bodily fluids. Class D felony.
3. Joseph Dunn (17AC-CR00298) Violence towards and Emp of DOC or Inmate by an Inmate. Class B felony.
4. Aaron Fisher (16LA-CR01529) Assault 1st Degree- Special Victim or Severe Injury. Class A felony.
5. Danny Pilkinton (16AC-CR01012) Violence towards an Emp of DOC or Inmate by an Inmate. Class B felony.
6. William Franklin (15AC-CR03187-01) Count I: Failure to Register as a Sex Offender. Unclassified felony. Ct II: Prior Sex Offender residing within 1000' of a school or child care facility after plea/conviction- 1st offense.
7. Noah Cohen (17AC-CR00589) Delivery of a less than 35 grams of marijuana. Class E felony.
8. Eugene Williams (16AC-CR01474) Delivery of a controlled substance into a jail or correctional facility. Class C felony.
9. Clinton Young (16AC-CR01860) Non-support. Class D felony.
10. Melvin Nunley (16AC-CR03086) Non-support. Class D felony.
11. Amanda Eads (17AC-CR01137-01) Stealing- 4th or Subsequent offense. Class E felony.
12. Jennifer Bell (16AC-CR02922-01) Stealing- 3rd or Subsequent offense. Class D felony.
13. Cathy Roe (16AC-CR02557-01) Stealing- 3rd or Subsequent offense. Class D felony.
14. Joshua Hamilton (16AC-CR02328) Forgery. Class C felony.
15. Michael Clanahan (17AC-CR01309-01) Endangering Emp of DOC or other person by attempting/knowingly exposing them to HIV/Hepatitis B or C. Class B felony.
16. Ed Ross (15AC-CR00521-01) No-Op 3rd. Class D felony.
17. Jacob Johnson (16AC-CR02197-01) Property Damage- 1st degree. Class D felony.
18. Victoria Thompson (14AC-CR01636-01) Ct. I: Receiving Stolen Property. Class C felony. Ct. II: Receiving Stolen Property. Class C felony. Ct. III: Endangering the Welfare of a Child- 1st Degree. Class C felony. Ct. IV: Tampering with Evidence in Felony Prosecution. Class D felony. Count V: Stealing. Class A Misdemeanor.
19. Lori Isom (16AC-CR02498-01) Receiving Stolen Property. Class C felony.
20. Rodriguez Harris (16AC-CR1026-01) Resisting Arrest. Class D felony.
21. Aron Wierman (16AC-CR00790-01) Ct I: DWI- Aggravated Offender. Class C felony. Ct. II: Driving while Suspended- 3RD or Subsequent offense. Class D felony.
22. Johnny Row (16AC-CR02325-01) DWI- Persistent Offender. Class D felony.
23. Larry Blair (16AC-CR03010-01) Leaving the Scene of an Accident. Class D felony.
24. Larry Blair (16AC-CR00526-01) Stealing Rental Property. Class C felony.
25. Noah Cohen (15AC-CR03457) Possession of Controlled Substance. Class A Misdemeanor.
26. Michael Clanahan (16AC-CR02736) Assault- 3rd Degree. Class A Misdemeanor. Three Counts.

27. Larry Blair (15AC-CR03465) Ct. I: Domestic Assault- 3rd Degree. Class A misdemeanor. Ct. II: Resisting Arrest. Class A misdemeanor.
28. Noah Cohen (16AC-CR03335) Domestic Assault- 3rd Degree. Class A misdemeanor.
29. Noah Cohen (16AC-CR03097) Ct. I: Domestic Assault- 3rd Degree. Class A misdemeanor. Ct. II: Resisting Arrest. Class A misdemeanor.
30. Maurice Bellamy (16AC-CR00894) Non-Support. Class A misdemeanor.
31. William Smith (16AC-CRO1834) Stealing. Class A misdemeanor.
32. William Smith (16AC-CR02147) Stealing. Class A misdemeanor.
33. Noah Cohen (17AC-CR00337) Ct. I: Possession of a Defaced Firearm. Class B misdemeanor. Ct. II: Unlawful Use of Drug Paraphernalia. Class A misdemeanor.
34. Amanda Eads (17AC-CR00745) Ct. I: Resisting Arrest. Class A misdemeanor. Ct. II: Making a False Report.
35. Eddie Ross (16AC-CR02307) Ct. I: Resisting Arrest. Class A misdemeanor. Ct: II: Assault- 3rd Degree.
36. Jessica O'Connor (15AC-CR03126) Ct. I: DWI. Class B misdemeanor. Driving while Suspended- 2nd Offense. Unclassified misdemeanor.
37. Emmanual Perry (16AC-CR01971) Driving while Suspended- 2nd Offense.
38. Jessica O'Connor (16AC-CR01738) Ct. I: Leaving the Scene of the Accident. Class A misdemeanor. Ct. II: DWI. Class B misdemeanor. Ct. III: Driving while Suspended- 2nd Offense. Unclassified misdemeanor.
39. Lori Isom (14AC-CR01933) Felony Probation Violation
40. Michael Clanahan (15AC-CR00178-01) Felony Probation Violation
41. Michael Clanahan (15AC-CR01249-01) Felony Probation Violation
42. Larry Blair (15AC-CR00116) Misdemeanor Probation Violation
43. Shawndell Miller (17AC-CR01000-01) Rape 1st Degree
44. Shawnella Yarbrough (17AC-CR01586) Stealing
45. Ray Smith (16AC-02116) Failure to Register as a Sex Offender
46. Jerrix Durham (16AC-CR01431) Ct. I: Burglary 2nd Degree. Ct. II: Resisting Arrest. Ct. III: Unlawful Use of a Weapon. Ct. IV: Receiving Stolen Property. Ct. V:Unlawful Possession of a Firearm. Ct. VI: Armed Criminal Action.
47. Jerrix Durham (16AC-CR01445) Ct. I: Distribution of a Controlled Substance. Class B felony. Ct. II: Resisting Arrest. Class D felony.
48. Richard Jarrett (16AC-CR01886) Possession of a Controlled Substance.
49. Richard Jarrett (16AC-CR03206) Driving While Suspended- 2nd or Subsequent Offense.
50. Richard Jarrett (16AC-CR02510) Forgery.
51. Richard Jarrett (16AC-CR03266) Driving While Suspended- 2nd of Subsequent Offense.
52. Dustin Shoults (15AC-CR00074) Probation Violation
53. Jessie Gillam (17AC-CR00296) Endangering a Corrections Employee.
54. Keshaun Collins (17AC-CR01459) Resisting Arrest.
55. Keshaun Collins (17AC-CR01381) Driving While Intoxicated.
56. Tyrone Seals (15AC-CR01806-01) Probation Violation.
57. Tyrone Seals (17AC-CR00606) Ct. I: Domestic Assault 3rd Degree. Ct. II: Domestic Assault 4th Degree.
58. Bryce Efford (16AC-CR00347-01) Domestic Assault 2nd Degree.
59. Bryce Efford (14AC-CR03257) Ct. I: Felonious Restraint. Ct. II: Armed Criminal Action. Ct. III: Domestic Assault 3rd Degree.

**AFFIDAVIT**
**STATE OF MISSOURI**



Before me, the undersigned authority, personally appeared
_Chelsea L Harris_, who being by me duly sworn,
deposed as follows:

My name is Chelsea Leigh Harris, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I, Chelsea L. Harris, Missouri Bar No. 65951, have personal knowledge of the contents of the information in this affidavit and, if called as a witness, would be competent to testify thereto.

I became employed as an Assistant Public Defender in April of 2014 in the Area 25 Office of the Public Defender in Rolla, Missouri. I transferred to the Area 19 Office in October of 2016 and have been employed as an Assistant Public Defender in Jefferson City since then. I have been a practicing attorney in Missouri since October 2013.

I currently have 132 open cases in 6 different counties: Cole, Moniteau, Miller, Morgan, Camden, and Dent. It is very common for me to have court in more than one jurisdiction at the same time. This means I must ask another lawyer to cover my court appearances.

The 132 cases include: 1 murder in the first degree, 1 A-B drug felony, 9 A-B other felonies, 6 A-B sex felonies, 38 C-D-E drug felonies, 44 C-D-E other felonies, 1 C-D-E sex felony, 1 pre-charge representation, 7 misdemeanors, and 23 probation violations.

I have clients who are incarcerated in 16 different institutions, including: Chillicothe Correctional Center, Cole County Jail, Fulton Reception & Diagnostic Center, Fulton State Hospital, Jefferson City Correctional Center, Miller County

Harris Affidavit    1

Jail, Moberly Correctional Center, Moniteau County Jail, Northeast Correctional Center (Bowling Green, MO), South Central Correctional Center (Licking, MO), St. Louis Metropolitan Psychiatric Center, Tipton Correctional Center, Vandalia Correctional Center, Western Missouri Correctional Center (Cameron, MO), Western Reception, Diagnostic & Correctional Center (St. Joseph, MO), and the Women's Eastern Reception, Diagnostic & Correctional Center.

The fact that I have to attend court in 6 different counties and I have clients confined in 16 different institutions all over the state means I must spend a substantial amount of time traveling each month.

As discussed above, many of my clients are incarcerated across the state. It is time consuming to drive to where they are to consult with them. Because of their indigency, it is often difficult or impossible for my clients to contact me if they are not in jail. This is because many do not have the money for a cell phone and many do not have a driver's license or access to an operable and legal vehicle.

Below is a list of my current open cases and the associated primary charges:

1. Matthew Hamm: 17MT-CR00223—Murder 1st degree; Abandonment of a Corpse
2. Matthew Hamm: 17MT-CR00154—possession of a controlled substance
3. Lesley Blank: 15MT-CR00584-01—possession of controlled substance with intent to distribute
4. Alonzo Darrough: 17MT-CR00095—Committing Violence in DOC
5. Chris Salzman: 17MT-CR00273—Assault 1st degree; Child Abuse
6. Troy O'Banion: 17MT-CR00292-01—Burglary 1st degree
7. Troy O'Banion: 17MT-CR00363—Burglary 2nd degree; Resisting Arrest
8. Troy O'Banion: 17MT-CR00157-01—Unlawful Possession of Firearm
9. Troy O'Banion: 16MT-CR00509—Passing a Bad Check
10. Timothy Bowers: 15AC-CR02882—Committing Violence in DOC

11. Larcell Barney: 16AC-CR01899—Committing Violence in DOC

12. Steven Olin: 16AC-CR02232—Committing Violence in DOC

13. Austin Rogers: 16MT-CR00376-01—Robbery 1st degree; Armed Criminal Action

14. Robert Carter: 16AC-CR03312-01—Burglary 1st degree; Armed Criminal Action

15. Ruby Pennock: 12CF-CR01091-02—Financial Exploitation of the Elderly (class A felony)

16. Bobby Bishop: 16AC-CR02997-01—Statutory Rape 1st; Statutory Sodomy 1st

17. Kevin Mitchell: 16MT-CR00242—Statutory Sodomy 1st degree

18. Kevin Mitchell: 15MT-CR00014-01— Probation Violation

19. Kevin Mitchell: 13MT-CR00228-01—Probation Violation

20. Kenneth Herrbach: 15MT-CR00493-01—Sodomy 1st degree (2 counts)

21. Shane Burris:13ML-CR01052-02—Statutory Sodomy 1st degree

22. Chrystal McDowell: 14ML-CR00867-01—Statutory Sodomy 1st degree (8 counts)

23. Dustin Coffelt: 17MT-CR00471—Statutory Sodomy 1st degree

24. Courtney Williams: 17ML-CR00067-01—Possession of a Controlled Substance

25. Angel Belt: 17MT-CR00011-01—Possession of a Controlled Substance

26. Angel Belt: 17MT-CR00046-01—Possession of a Controlled Substance

27. Brandy Blackburn: 17MT-CR00090-01—Possession of a Controlled Substance

28. Brandy Blackburn: 17MT-CR00366-01—Possession of a Controlled Substance

29. Dyani Martinez: 16MT-CR00383—Possession of a Controlled Substance

30. Dyani Martinez: 16MT-CR00314—Possession of a Controlled Substance

31. Dyani Martinez: 16MT-CR00358—Possession of a Controlled Substance

32. Jacqueline Stegemean:17MT-CR00210—Possession of a Controlled Substance in Jail

33. Jacqueline Stegemean:17MT-CR00198—Possession of a Controlled Substance

34. Jacqueline Stegemean: 17MT-CR00150—Assault 4th degree

35. Jacqueline Stegemean: 13MT-CR00207-01—Probation Violation

36. Jacqueline Stegemean: 14MT-CR00425-01—Probation Violation

37. Kaylee Newbound: 17AC-CR00388-01—Possession of a Controlled Substance

38. Kaylee Newbound: 16AC-CR03332—Unlawful Use of Drug Paraphernalia

39. John Wallace: 17MT-CR00071-01—Possession of a Controlled Substance

40. John Wallace: 16AC-CR02840—Driving While Revoked

41. John Wallace: 16AC-CR02100—Driving While Revoked

42. Adam Raithel: 17MT-CR00133—Possession of a Controlled Substance

43. Johnny Artelt: 17MT-CR00098-01—Possession of a Controlled Substance

44. Arthur Hester: 17MT-CR00118—Possession of a Controlled Substance

45. Daniel Gilligan: 17MT-CR00253—Possession of a Controlled Substance

46. Daniel Gilligan: 16MT-CR00381-01—Probation Violation

47. Cody Stone: 17MT-CR00259-01—Possession of a Controlled Substance

48. Amanda Stewart: 17MT-CR00272—Possession of a Controlled Substance

49. Hoyt Marcott: 17MT-CR00250—Possession of a Controlled Substance

50. James Patton: 17MT-CR00197—Possession of a Controlled Substance

51. Kendal Brake: 17MT-CR00299—Possession of a Controlled Substance

52. Chloe Heather: 17MT-CR00257—Possession of a Controlled Substance

53. Edgar Walters: 17MT-CR00311—Possession of a Controlled Substance

54. Carla Hemlin: 17MT-CR00275-01—Possession of a Controlled Substance

55. Angelina Villarreal: 17MT-CR00359—Possession of a Controlled Substance

Harris Affidavit    4

56. Angelina Villarreal: 17MT-CR00406—Possession of a Controlled Substance
57. Travis Kiesling: 17MT-CR00379—Possession of a Controlled Substance
58. Clayton Pace: 17MT-CR00349—Possession of a Controlled Substance
59. Nathan Weed: 17MT-CR00121—Possession of a Controlled Substance; Assault 2nd degree; Felony Resisting Arrest
60. Charles Green: 17MT-CR00097—Possession of Controlled Substance with Intent to Deliver
61. James Kirchner: 17MT-CR00027—Delivery of Controlled Substance
62. Jackie Hensley: 15MT-CR00380-01—Possession of a Controlled Substance
63. Larry Jobe: 16MT-CR00325—Possession of a Controlled Substance
64. Loran Collins: 17MT-CR00457—Possession of a Controlled Substance
65. Steven Fairfax: 17MT-CR00274—Possession of a Controlled Substance
66. Samantha Chapin: 17MT-CR00462—Possession of a Controlled Substance
67. Danny Hayes: 17MT-CR00436—Possession of a Controlled Substance
68. Tyler Jobe: 17MT-CR00454—Possession of a Controlled Substance
69. James Suggs: 17MT-CR00477—Possession of a Controlled Substance
70. James Suggs: 16MT-CR00439—Felony Driving While Revoked
71. James Suggs: 17MT-CR00252—Felony Driving While Revoked
72. James Suggs: 17MT-CR00030: Felony Residing within 1000 feet of school
73. Christina Butler-Wieners: 17MT-CR00239—Felony Driving While Revoked; Felony Resisting Arrest
74. Christina Butler-Wieners: 17MT-CR00245—Felony Driving While Revoked
75. Gary Smith: 17MT-CR00005—Felony Domestic Assault 3rd degree
76. Justin Cantrell: 17ML-CR00011-01—Tampering with a Judicial Officer
77. Jacob Hollandsworth: 17MT-CR00191—Tampering 1st degree
78. Jamie Christmann: 17MT-CR00352—Tampering 1st degree

79. Jamie Christmann: 16AC-CR03242-01—Felony Passing Bad Check

80. Jamie Christmann: 15AC-CR002430-01—Felony Stealing

81. Jamie Christmann: 15AC-CR02392-01—Felony Stealing

82. Jamie Christmann: 16AC-CR01182-01—Felony Stealing

83. Jamie Christmann: 16AC-CR02195-01—Felony Stealing

84. Jamie Christmann: 16AC-CR02160-01—Felony Stealing

85. Jamie Christmann: 16AC-CR02725-01—Forgery

86. Jamie Christmann: 16AC-CR02841-01—Forgery

87. Jamie Christmann: 13AC-CR03324—Stealing Leased or Rented Property

88. Jamie Christmann: 14AC-CR02775—Passing Bad Check

89. Travis Robbins: 17MT-CR00340—Burglary 2nd degree

90. David Rice: 17MT-CR00384—Burglary 2nd degree

91. Teresa Bowlin: 17MT-CR00168-01—Forgery

92. Tommy Roofe: 17MT-CR00038-01—Felony Passing Bad Check

93. Tommy Roofe: 16MT-CR00435-01—Felony Passing Bad Check

94. Dustin Tennis: 17MT-CR00072-01—Unlawful Possession of a Weapon; Hindering Prosecution

95. Matthew Anderson: 16MT-CR00462—Resisting Arrest; Assault on Law Enforcement Officer

96. Dylan Zane: 16MT-CR00298-01—Committing Violence in DOC

97. Cole Stevenson: 16MT-CR00354—Felony Driving While Revoked

98. Cornelius Davis: 16AC-CR02571-01—Assault 2nd degree; Armed Criminal Action; Unlawful Possession of a Firearm

99. Kenneth Willis: 16MT-CR00414-01—Domestic Assault 2nd degree

100. Joseph Lawson: 16MT-CR00459—Domestic Assault 2nd degree

101. Justin Cantrell: 16ML-CR01279-01—Assault on Law Enforcement Officer 2nd degree (2 counts); Resisting Arrest

102. James Deslongchamps: 16LA-CR00558-02—Assault on Law Enforcement Officer 2nd degree; Resisting Arrest; Assault 3rd degree

103.     Harold Huddleston: 15MT-CR00398-01—Criminal Non-Support

104.     Amanda Rooney: 16MT-CR00305-01—Criminal Non-Support

105.     Carla Wynne: 15MT-CR00266-01—Endangering the Welfare of a
         Child 1st degree

106.     Lynn Weltha—15MT-CR00266-01—Tampering 1st degree

107.     Courtney Williams: 16MT-CR00499-01—Tampering 1st degree

108.     Jennifer Kerley: 16AC-CR02148-01—Felony Stealing

109.     Victor Turley: 16MT-CR00493—Forgery

110.     Shane Worthey: 14MT-CR00166-02—Felony Resisting Arrest

111.     Briana Williams: 17MT-CR00092—Sexual Contact with Prisoner or
         Offender

112.     Clayton Reno: Pre-charge representation

113.     Ronald Johnson: 17MT-CR00164—Driving While Revoked

114.     Roberto Oropeza: 17MT-CR00451—Damage to Jail Property

115.     James Suggs: 16MT-CR00085-01—Probation Violation

116.     Tyra Sheldon: 15MT-CR00385-01—Probation Violation

117.     Shane Gish: 14MT-CR00140-01—Probation Violation

118.     Shane Gish: 14MT-CR00143-01—Probation Violation

119.     Shane Gish: 12MT-CR00132-01—Probation Violation

120.     Terra Pigg: 16MT-CR00185-01—Probation Violation

121.     Stephen Hassler: 13MT-CR00211-01—Probation Violation

122.     Scott Brown: 12MT-CR00514-01—Probation Violation

123.     James McClelland: 16MT-CR00243-01—Probation Violation

124.     Crystal Fisher: 14MT-CR00049-01—Probation Violation

125.     Crystal Branch: 16MT-CR00399-01—Probation Violation

126.     Dalton Fisher: 16MT-CR00108-01—Probation Violation

127.     Dalton Fisher: 16MT-CR00061-01—Probation Violation

128.     Drew Bowen: 16MT-CR00385-01—Probation Violation

129.     Steven Fairfax: 16MT-CR00363-01—Probation Violation

130.    Scott Gibler: 15MT-CR00128-01—Probation Violation

131.    Scott Gibler: 14MT-CR00050-01—Probation Violation

132.    Melissa Creason: 15MT-CR00471-01—Probation Violation

In addition to being understaffed in regards to attorneys, we only have three legal assistants and one investigator. Our staff members are all hard working and very good at their jobs. However, one investigator must assist all attorneys (8 attorneys when fully staffed). He is currently on paternity leave and will not return until January of 2018. This means that one of our three legal assistants is attempting to do his job in addition to her own job duties. Our other two assistants must open and close cases, process applications, and answer phones and in person inquires. This leaves them with little to no time to assist attorneys in their daily practice.

When I left the Rolla Public Defender's Office in 2016, I had been assigned to approximately 800 cases in the less than two and a half years I was employed there. In the last year I have closed 188 cases in addition to my current caseload. All told I have been assigned to 1120 cases in my three and a half years as a public defender.

When I worked in the Rolla Public Defender Office, I carried anywhere from 150-240 cases at a time. I was constantly overwhelmed by the amount of work that needed to be done. If I asked colleagues for advice, I was essentially told that was how the system worked and that I should just prioritize some cases over others. This contributed to a very high burn out rate. Many public defenders I worked with resigned after a short amount of time.

Since I have come to an office where my case load is being somewhat controlled, I have been able to better prepare my cases. I have realized the issues I had overlooked in previous cases due to my excessive caseload. I have been able to file more motions and do more legal research on issues that I may have previously overlooked. However, I am realizing how much more needs to be done

on each case. While my caseload has improved slightly, I am still currently unable to give every case the attention I need to in order to be an affective attorney.

Some of my cases are more time-consuming and complicated than others. For example, in the case I have pending in Dent County, the discovery is nearly 10,000 pages. The case has been pending since 2012 and I am the fourth attorney to handle it. I was obligated to take this case to the Jefferson City office from my old public defender office in Rolla. This means that to meet with the client, take depositions, go to court, or otherwise prepare for this case, I often have to drive 100 or more miles. Last week I traveled nearly 300 miles to go to a pre-trial conference for that case.

In another case, I have to review over 100 pages of discovery and 33 discs of audio and video content and pictures. Simply reviewing this entire discovery file will require days of concentration without working on any other case.

I currently have six cases where my clients are accused of statutory sex crimes. These cases present much more work than other cases as there are more motions that must be filed and argued and more procedural steps to take before the case can go to trial.

I have several cases where I need to request and review mental health records because my clients present with a lengthy history of mental health problems that may have contributed to their current situations. I have two clients who are currently incarcerated in state mental health facilities. It is often very difficult to communicate with them.

Because of the turnover in the public defender system, in many cases, I am the third or fourth attorney who has represented a client. Understandably, this often confuses or upsets clients. They do not understand why their cases keep getting passed off to a different lawyer. I have often found that clients have not had basic rights or the judicial process explained to them—meaning I must start from the beginning.

The Missouri Rules of Professional Conduct state that a lawyer "shall act with reasonable diligence and promptness in representing a client." (Missouri Rules of Professional Conduct [MRPC] 4-1.3.) A lawyer's work load must be controlled so that each matter can be handled competently. (MRPC 4.13[2]). MRPC 4-1.4 addresses the issue of client communication and states (in relevant part) :

(a) A lawyer shall:

(1) keep the client reasonably informed about the status of the matter;

·(2) promptly comply with reasonable requests for information...

It is impossible for me to meet the standards that I have sworn to uphold if I am continually being assigned cases after informing my supervisor that I cannot ethically handle more cases. It is impossible to affectively represent more than 100 clients at a time. Ethically, that is unacceptable. I have asked not to be assigned any more cases in the near future because I am not able to provide every client with affective representation as I have sworn to do.

Chelsea L. Harris

State of Missouri
County of Cole

On this 30 day of October , 2017, before me, a Notary Public in and for said state, personally appeared Chelsea L. Harris, personally known or properly identified, who after having first been duly sworn, acknowledged that she executed her signature hereto as her free act and deed.

Theresa M Schaefer
Notary Public

THERESA M. SCHAEFER
Notary Public - Notary Seal
STATE OF MISSOURI
Cole County
Commission # 13452968
My Commission Expires: 12-09-2017

Harris Affidavit   10

# AFFIDAVIT

## STATE OF MISSOURI



Before me, the undersigned authority, personally appeared
_____Justine R. Finney_____, who being by me duly sworn, deposed as
follows:

My name is Justine R. Finney, I am of sound mind, capable of making this affidavit, and
personally acquainted with the facts herein stated:

I am a licensed attorney with the Missouri Bar. My Missouri Bar number is 62915. I
became employed as an Assistant Public Defender with the Area 19 Office of the Missouri State
Public Defender on July 5, 2017. Immediately prior to that, I was employed as an Assistant
Public Defender in the Area 15 Office of the Public Defender. I had worked as a Public Defender
in that office since September 2015.

I have been a practicing law as a licensed attorney in Missouri since September 2010. My
first position as a licensed attorney was as a Staff Attorney and Manager of the Application Unit
at Missouri Protection and Advocacy Services, a position I held from September to December
2010. From January 2011 until September 2015, I was employed as an Assistant Attorney
General with the Office of the Missouri Attorney General.

I have asked my District Defender, Justin Carver, to assign no additional cases to me at
this time. I made that request because I believe accepting any additional cases would make it
impossible for me to continue to provide competent, effective legal counsel to each of my current
clients in each of his or her cases.

I currently have 100 open cases, not including cases to which I am assigned as second
chair. This includes 1 homicide, 4 A-B drug felonies, 18 A-B non-drug felonies, 1 A-B felony
sex case, 29 C-D-E felony drug case, 27 C-D non-drug felonies, 2 C-D-E felony sex cases, 8
misdemeanors, and 10 felony probation violations.

My caseload is split between Cole County – where I am assigned to 36 cases – and Miller
County – where I am assigned to 64 cases. It is a common occurrence for me to have cases on a
Cole County docket and a Miller County docket on the same date and time.

I am also acting as second chair in 1 A-B felony sex case (State v. Bobby D. Bishop,
16AC-CR02997-01) in Cole County and 1 A non-drug felony in Dent County (State v. Ruby M.
Pennock, 12CF-CR01091-02).

Below is a list of my current cases and the associated primary charges:

1. State v. Raymond A. Russell, 14ML-CR00451-01: Incest
2. State v. Stacey R. Lewis,14ML-CR00501-01: Felony Possession of a Controlled
   Substance

3. State v. Wayne E. Ivory, 15AC-CR03163-01: Forcible Rape, Forcible Sodomy, Domestic Assault 2nd (x2), False Imprisonment
4. State v. Wayne E. Ivory, 15AC-CR3123-01: Felony Stealing
5. State v. Brittany Smith, 15ML-CR01243-01: Felony Passing Bad Check
6. State v. Melissa K. Saint, 15ML-CR01289-01: Felony Possession of a Controlled Substance
7. State v. Melissa K. Saint, 16ML-CR00143-01: Domestic Assault 2nd
8. State v. Carlden J. Trotter, 16AC-CR00145: Committing Violence Against a DOC Corrections Officer
9. State v. Terrell Herndon, 15AC-CR03421-01: Felony Stealing
10. State v. Chanley M. Plemmons, 16ML-CR00266-01: Domestic Assault 2nd
11. State v. Brandon J. Koch, 16ML-CR00300-01: Felony Abuse of a Child
12. State v. Krista N. Faigle, 13ML-CR01039-01: Felony Probation Violation
13. State v. Ramond Noldon, 16AC-CR01828-01: Felony Possession of a Controlled Substance; Possession with Intent to Distribute
14. State v. Joshua W. Hopkins, 16ML-CR00966-01: Armed Criminal Action (x3), Kidnapping (x3), Unlawful Use of a Weapon
15. State v. Thomas Hyde, 16AC-CR0966-01: Felony Stealing
16. State v. Edward A. Brewer, 16ML-CR00973-01: Possession with Intent to Distribute (x2)
17. State v. Justin C. Smith, 16ML-CR00973-01: Felony DWI
18. State v. Wyatt Ray, 16ML-CR01040-01: Burglary
19. State v. Robin R. Ross, 14ML-CR00702-01: Felony Probation Violation
20. State v. Thomas D. Norton, 16AC-CR00887: Committing Violence Against an Offender in DOC
21. State v. Justin D. Hartwick, 16ML-CR00722-01: Felony Possession of a Controlled Substance, Unlawful Use of a Weapon, Felony Resisting Arrest
22. State v. Kimberly R. Banner, 14ML-CR00778-01: Felony Probation Violation
23. State v. Christopher J. Ivory, 16AC-CR02229: Endangering a Corrections Employee
24. State v. Christopher J. Ivory, 16AC-CR01005: Endangering a Corrections Employee
25. State v. Christopher J. Ivory, 16AC-CR02231: Endangering a Corrections Employee
26. State v. Diandre McGee, 16AC-CR01006: Committing Violence Against a DOC Corrections Officer
27. State v. Anthony R. Mandino, 16ML-CR01270-01: Unlawful Possession of a Firearm, Unlawful Use of a Firearm, Assault 3rd
28. State v. Kerijuana Q Lowery, 16AC-CR02155-01: Felony Stealing, Misd. Endangering the Welfare of a Child (x2)
29. State v. Sherry L. Albert, 16ML-CR01276: Possession with Intent to Distribute
30. State v. Justin D. Hartwick, 16ML-CR01280-01: Felony Possession of a Controlled Substance
31. State v. Matthew C. Edington, 16ML-CR01270-01: Felony Possession of a Controlled Substance
32. State v. Charles A. Lane, 16AC-CR01475: Delivering/Concealing Controlled Substance in a Correctional Facility (x2)
33. State v. Roger Emmerich, 16AC-CR01880: Domestic 3rd

34. State v. William C. Seiling, 16ML-CR01316-01: Felony Possession of a Controlled Substance
35. State v. Chastity A. Neal, 14ML-CR00635-01: Felony Probation Violation
36. State v. Madina L. Mitchell, 16ML-CR01230: Forgery
37. State v. Michael Hudson, 16AC-CR01004: Committing Violence Against an Offender in DOC
38. State v. Deborah K. Olson, 17ML-CR00074: Felony Possession of a Controlled Substance
39. State v. Brittany Smith, 16ML-CR00874: Misd. Stealing
40. State v. Brittany Bowers, 17ML-CR00156: Felony Possession of a Controlled Substance
41. State v. Travis D. Whistler, 17ML-CR00143-01: Possession of Child Porn, Statutory Rape 2nd (x3)
42. State v. Jaimielee Daum, 17ML-CR00144: Felony Possession of a Controlled Substance
43. State v. James A. Gavette, 11ML-CR00362-01: Felony Probation Violation
44. State v. Don Salcedo, 13AC-CR01693: Arson 1st (x2)
45. State v. William C. Sieling, 15ML-CR00564-01: Felony Probation Violation
46. State v. William C. Sieling, 17ML-CR00208: Felony Possession of a Controlled Substance
47. State v. Ciara Davis, 11ML-CR00176-01: Felony Probation Violation
48. State v. Jenny Donnelly, 16ML-CR01053-01: Felony Possession of a Controlled Substance
49. State v. Erica Fletcher, 17AC-CR00303-01: Felony Possession of a Controlled Substance
50. State v. Jessica Atkisson, 10ML-CR00202-01: Felony Probation Violation
51. State v. Jessica Atkisson, 17ML-CR00366-01: Forgery
52. State v. Jessica Hine, 16ML-CR01333-01: Felony Possession of a Controlled Substance
53. State v. Jessica Hine, 17ML-CR00110-01: Felony Possession of a Controlled Substance
54. State v. Jessica Hine, 17ML-CR00089-01: Felony Possession of a Controlled Substance
55. State v. Calen R. Mummert, 17ML-CR00392-01: Tampering 1st
56. State v. William S. Dickerson, 17ML-CR00391-01: Felony Possession of a Controlled Substance
57. State v. Tommy K. Roofe, 17ML-CR00087-01: Felony Passing Bad Check
58. State v. Erica Fletcher, 17AC-CR00874-01: Forgery
59. State v. Brandon Mundy, 17ML-CR00405-01: Felony Possession of a Controlled Substance
60. State v. Philip W. Rhodes, Jr, 17AC-CR00847-01: Delivery of Controlled Substance
61. State v. Philip W. Rhodes, Jr, 17ML-CR00226-01: Unlawful Use of a Weapon, Assault 4th
62. State v. Philip W. Rhodes, Jr, 17ML-CR00314: Misd. Resisting Arrest
63. State v. Philip W. Rhodes, Jr, 17ML-CR00437-01: Felony Possession of a Controlled Substance

64. State v. Porter J. Wilson, 17ML-CR00356-01: Felony DWI
65. State v. Marsha D. Wyrick, 17ML-CR00318-01: Felony Possession of a Controlled Substance
66. State v. Miranda Dillon, 16ML-CR01157-01: Felony Possession of a Controlled Substance
67. State v. Jordan Griffitt, 17AC-CR00596: Committing Violence Against a Corrections Officer in DOC
68. State v. Jordan Griffitt, 17AC-CR00595: Committing Violence Against a Corrections Officer in DOC
69. State v. Brandon W. Humphrey, 17ML-CR00223: Felony Possession of a Controlled Substance
70. State v. Brandon W. Humphrey, 17ml-CR00626-01: Burglary 2nd
71. State v. Travis E. Saint, 17ML-CR00588-01: Unlawful Use of a Weapon
72. State v. Eugene L. Eads, 17ML-CR00646: Misd. Resisting Arrest
73. State v. Salvador Hernandez-Navarro, 16AC-CR00419-01: Property Damage 1st
74. State v. Salvador Hernandez-Navarro, 17AC-CR01346-01: Robbery 2nd, Assault 3rd, Sexual Abuse 2nd
75. State v. Donell C. Banks, 17AC-CR01321-01: Delivery of a Controlled Substance, Leaving the Scene of an Accident
76. State v. Sherry L. Albert, 17ML-CR00501: Delivery of Contraband at County Jail
77. State v. Neil K. Huff, 17ML-CR00259-01: Felony Possession of Controlled Substance
78. State v. Neil K. Huff, 17ML-CR00275-01: Burglary 1st
79. State v. Calvin M. White, 17ML-CR00662-01: Domestic Assault 1st, Armed Criminal Action, Unlawful Use of a Weapon
80. State v. Jaimielee Daum, 17ML-CR00673: Felony Possession of Controlled Substance
81. State v. Brooklyn R. Traceski, 17ML-CR00654: Felony Possession of Controlled Substance
82. State v. Travis E. Saint, 17ML-CR00776-01: Tampering 1st
83. State v. Leslie M. Dugger, 17AC-CR00368: Domestic Assault 4th
84. State v. Robert E. Smith, 17AC-CR01123: Felony DWR
85. State v. Tarrance S. Woods, 17AC-CR00994: Felony Stealing
86. State v. Daniel P. Yarnell, 17AC-CR01494: Misd. Stealing
87. State v. David W. Pigford, 16AC-CR01289-01: Burglary 1st
88. State v. Lawrence Mosely, 15AC-CR00346-02: Delivery of Controlled Substance (x2), Unlawful Use of a Weapon
89. State v. Lynn M. Sanders, 17ML-CR00851-01: Felony Possession of Controlled Substance
90. State v. Gregory D. Muncy, 17ML-CR00735-01: Felony Possession of Controlled Substance
91. State v. James M. Wright, 17ML-CR00593: Trafficking Drugs 2nd, Deliver of a Controlled Substance
92. State v. Dominick Vernon, 17ML-CR00825: Felony Stealing
93. State v. Nathan A. Huff, 17ML-CR00786: Delivery of a Controlled Substance
94. State v. Cheswick S. Cheatham, 13ML-CR00199-01: Felony Probation Violation

95. State v. George Washington, 17AC-CR01766: Committing Violence Against a
Corrections Officer in DOC
96. State v. Jonathan W. Gibson, 12ML-CR00299-01: Felony Probation Violation
97. State v. Anthony R. Gendle, 16ML-CR00813: Unlawful Use of Paraphernalia
98. State v. Traivon D. Jefferson, 16AC-CR02819: Misd. Resisting Arrest
99. State v. Traivon D. Jefferson, 17AC-CR02203: Murder 2nd
100.   State v. Traivon D. Jefferson, 17AC-CR02471: Unlawful Use of a Weapon

Several of my cases are unable to move forward because we need to contact witnesses.
Many of my clients are waiting on my advice with regard to plea recommendation or a
suppression matter, but often such advice is contingent upon finding additional evidence. That
evidence often includes witness information and statements. Our office has only one investigator
for all of the attorneys. While he is excellent at his job, he is limited in his ability to timely locate
and contact witnesses for every attorney on every requested case in the office while also
completing his other job duties, such as serving subpoenas. He is currently on paternity leave and
is not expected to return until January 2018, leaving our office with no investigator. Our support
staff is doing its best to complete investigative tasks in his absence, but they have plenty of their
own job duties.

Meeting with clients is especially time consuming with the Missouri State Public
Defender ("MSPD"). I have clients who are incarcerated in Boonville Correctional Center,
Chillicothe Correctional Center, Cole County Jail, Cooper County Detention Center, Farmington
Correctional Center, Fulton Reception & Diagnostic Center, Jefferson City Correctional Center,
Miller County Jail, Moberly Correctional Center, Ray County Jail, South Central Correctional
Center, Western Missouri Correctional Center, and Women's Eastern Reception, Diagnostic &
Correctional Center. It is neither efficient nor convenient to meet with clients in correctional
facilities. All require advance appointments, and each facility has its own limited hours for calls
or visits. It is not uncommon to schedule a DOC appointment and be notified at the time of the
appointment that the client has been transported out on a writ or transferred to another facility.
Also, at both jails and prisons, an attorney can anticipate a wait of up to an hour before being
permitted to visit with a client in person.

Additionally, not all of my clients who are out of custody are local. I have clients who
reside throughout various counties in Missouri as well as clients who live out of state. It is
routine to be unable to meet with clients outside of court appearances because of the
circumstances that necessarily coincide with poverty and criminal charges. Many of my clients
do not have a valid driver's license or transportation to meet with me in my office. Likewise,
many of my clients do not have consistent access to a primary phone number where they can be
reached for case discussion or updates.

Some of my cases are more time-consuming than others. For example, I am unable to
work with one client who lives in another state because of his cognitive disability and inability to
travel to my office. He is accused of very serious conduct but I am unable to prepare a defense. I
am the fourth public defender from our office to represent him, and our office has still not been
able to retain an expert to evaluate him in his home town.

One of my clients is an illegal immigrant, and I am not an expert in immigration law. He also speaks only Spanish. I am unable to meet with him without arranging for a Spanish-speaking interpreter, which is difficult to schedule.

In the cases in which a client is alleged to have committed violence in a correctional facility, our office has to make special arrangements to show the client all electronic evidence in the facility. In at least two of these cases, I have file boxes full of mental health and internal DOC records sitting in a corner in the office waiting to be reviewed. These records were requested by attorneys entered before me, but there are no notes indicating the records have been previously reviewed.

I spoke with an individual in DOC last week who had been a client of Area 19 for nearly a year. I am his third public defender. He thanked me profusely for speaking with him as he explained I was the first attorney he had spoken with.

I am the third or fourth attorney assigned on many of my cases, and that causes a set of problems I would not otherwise encounter. The client is usually angry and confused – and rightfully so – during our first conversation. Too often, previous attorneys have not left sufficient notes on what has been done, what conversations have taken place with the client, or what negotiations have been entertained. I am forced to start as if it's a new case, but without the same advantages. By this time a deposition may have been done but without asking questions relating to what I believe the defense to be; essential discovery has not been timely requested; a client has missed an opportunity for a change of judge or venue; evidence or witnesses that might have existed previously no longer exist or can no longer be found; etc.

I do not believe attorneys who had these cases prior to me intentionally neglected the clients or their files. Rather, I believe they were victims of how MSPD had routinely operated; they had far too many cases, and it was absolutely impossible to effectively represent every client in every case.

In the first MSPD office I worked, Area 15, I had no mechanism for capping my caseload. When I started, I was assigned as the only public defender in Cooper County, Missouri, and that meant I took every criminal case charged against every indigent person who applied for MSPD services in that county. I had five years of experience as an attorney when I started but still could not handle what was demanded of me. I carried a caseload of approximately 150-170 and was also expected to be present in court for the entirety of every associate and circuit law day. I routinely received dozens of new clients each month, and I had to meet and discuss their cases with them as well as continue progression on existing cases. I had very little time for research or motion writing, and my discovery review was done only with great brevity before discussing clients' cases with them. If I determined one case had more meritorious suppression issues or defense strategies, I would spend weekends and evenings preparing that case file.

When I asked my colleagues for advice, I was repeatedly told I had to prioritize some clients and ignore the others in order to accomplish anything and avoid burnout. I was advised to prepare for only one docket at a time – the next docket – unless I was preparing for a trial. If something was going to trial, the strategy was to ignore all cases except the case going to trial

until the trial was over. All of this advice amounted to a form of triage that I found to be unacceptable, but nobody offered a more workable solution. The courts told us we had to take cases, and we did not have enough attorneys to lower our individual caseloads. Attorneys would get overwhelmed and resign, and their cases would have to be reassigned amongst the remaining attorneys in the office.

In contrast, the caseload limit in Area 19 has been a great relief. When I started here in July, I was instructed to inform my District Defender, Justin Carver, if I reached a point when I felt I could no longer be assigned new cases and still provide competent representation to my existing clients. When combined with the unique circumstances of MPSD, I still would not consider my caseload to be ideal. However, the change is significant. In cases in which I already have discovery, I am usually able to review the discovery before my first meeting with the client. This makes the conversation more productive and makes the case move more quickly. I have also been able to spend more time researching legal issues. I've used that research to advise clients, prepare for preliminary hearings, write suppression motions, and file legal memorandums. Since September, that has led to a complete dismissal of charges in at least three felony cases.

I have also been able to demand trials and announce that I am fully prepared on the day of trial in three instances in which the prosecuting attorney was not. In those instances, the state dismissed the charges. The same has happened with preliminary hearings: I have filed motions to dismiss if necessary witnesses did not appear, and the court dismissed cases when the prosecutor did not present its witnesses. I've also filed motions to compel discovery after having time to review the file, deposed witnesses, and worked with experts on cases. I won a contested probation violation for a client in which we had two days of testimony involving an alleged laws violation. This took preparation time outside of court and two afternoons of testimony in court. I have done these things while routinely traveling to dockets in Miller County – approximately 30 miles from the office – and spending the day in the county courthouse unable to work on other matters. I've also started appearing for most of my settings in Cole County and meeting with new clients there. Finally, I was able to prepare for and second chair a child sex jury trial and the related pretrial hearings. It has been difficult to accomplish these things with the caseload I currently have, but I am certain I would not have been able to do it with the caseload I had in my last office. More importantly, on a professional level, I no longer feel like my ethical standards for representation are being compromised.

MSPD will face issues in addition to the caseload because of the nature of the work and the clients' life circumstances, but limiting the caseload to what an attorney can competently handle has and can continue to improve attorneys' ability to provide effective representation.

Justine R. Finney

Justine R. Finney

State of Missouri
County of Cole

On this _30_ day of _October_____, 2017, before me, a Notary Public in and for said state, personally appeared Justine R. Finney, personally known or properly identified, who after having first been duly sworn, acknowledged that she executed her signature hereto as her free act and deed.

THERESA M. SCHAEFER
Notary Public - Notary Seal
STATE OF MISSOURI
Cole County
Commission # 13452968
My Commission Expires: 12-09-2017

_____
Notary Public

Justine R. Finney Affidavit    8

**AFFIDAVIT**

**STATE OF MISSOURI**

**Before me, the undersigned authority, personally appeared** Lori Morgan **, who being by me duly sworn, deposed as follows:**

My name is Lori M. Morgan, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

My position with the Missouri State Public Defender is Legal Assistant II. I became employed with the Area 19 Office of the Missouri State Public Defender on November 30, 2015. My primary job function is the processing of applications for public defender services to determine if the applicant qualifies for representation based on indigence and if they do qualify, to then assign the cases for the qualifying applicants to one of the attorneys in our office.

In January 2017 our office began to calculate the caseloads of the attorneys in our office with the intent of capping them at ethical and manageable case load. Utilizing this method, each attorney is assigned approximately 15-20 new cases per month (depending on case type). When they reach 100% of their capacity, there are internal discussions about whether the attorney can take more cases and continue to provide competent representation on all of their cases. If they can, more are assigned. If they cannot, they get no more new cases for that month. This is repeated with each attorney in the office until all attorneys in the office have exhausted their ability to take more cases.

After losing 5 attorneys to resignation and one to a military obligation, there was a need to reassign those cases among the remaining attorneys in the office and in doing so it left our office unable to open new cases. At this point I was instructed to no longer open new cases for those that qualify for public defender services but rather to file a motion asking for the appointment of another attorney to represent the qualifying defendant. The motion to appoint is the first pleading filed in our office now when processing an application.

As of October 30, 2017 there are 117 cases in Cole County that have not been assigned to an attorney, 54 in Miller County, and 3 in Moniteau County. Of these, the clients are both in and out of custody. Many are in Missouri DOC facilities, in the Moniteau County jail, Miller County jail, and Cole County jail. There are also clients with unassigned cases that are out of custody and residing across the state. I also have 36 applications for clients with cases in Cole County and 60 for Miller County for applicants that qualify for services that are pending opening.

Below is a list of all unassigned cases that have been opened in the Jefferson City Trial Office as of October 30, 2017:

1

**Cole County Ungranted Motion to Appoint IN CUSTODY:**

Adams, Arren    17AC-CR01767 Committing Violence

Almanza, Jose    17AC-CR01903 UUW

17AC-CR02037 Theft/Stealing

17AC-CR02535 PCS

Bellamy, Antoinne 17AC-CR1347 Stealing (Speedy filed)

Byrd, Corey    17AC-CR2074-01 Stealing

Byrd, Joshua    17AC-CR02352 Domestic 2nd

Edwards Jr, Charles 16AC-CR02645 Dist. Public Housing

El-Amin, Faheem 17AC-CR02374 Stealing

Fewins, Zachary  17AC-CR01956 Stealing

17AC-CR01365 Tampering 1st

14AC-CR02942-01 PV

12AC-CR00030-01 PV

12AC-CR02579-01 PV

Findley, Kenneth 17AC-CR1685-01 Domestic 2nd

Flowers, Marc    13AC-CR1468-01 PV

Floyd, Quency    16AC-CR00106-01 PV

Green, Joseph    15AC-CR00204-01 PV

17AC-CR00178 PCS

17AC-CR00200-01 Burg 1st

17AC-CR01016 Tampering 1st

17AC-CR01017 Burg 2nd

17AC-CR01018 Tampering 1st

17AC-CR01019 Receiving

2

13AC-CR00689-01 PV

15AC-CR00151-01 PV

Harris, Tonia    16AC-CR00562 Bad Check

Hewitt, Levi    17AC-CR01537-01 Stealing

16AC-CR01008 PV

Hickmon, Rafael 17AC-CR02264-01 Tampering/evidence

Hollandsworth,Randy    17AC-CR01128 DWS 2nd

Hudson, Marcus 17AC-CR02068 Burg 2nd

Huff, Nathan    17AC-CR01479-01 Delivery

Jackson III, Stephen  17AC-CR02353 Domestic 4th

James, Christopher        17AC-CR00707-01 PCS

Labore, Brandon 17AC-CR02818-01 PCS

Long, Christina  17AC-CR00864 Stealing

Love, Patrick    17AC-CR02109-01 Stealing

McIlwain, Matthew 16AC-CR00362-01 PCS

Ostberg, Mark   17AC-CR00727-01 PCS

17AC-CR01861 Stealing

17AC-CR02060 PCS

17AC-CR00349-01 PCS

Peters, Danna    12AC-CR01116-01 PV

15AC-CR02431-01 PV

15AC-CR00143-01 PV

15AC-CR02890-01 PV

Phillips, Stephon 13AC-CR02996-01 PV

16AC-CR02469-01 Viol. O.P.

3

Reyes, Anna     17AC-CR00441 Stealing

Robinson, Graylon  17AC-CR01804-01 PCS

Siebenman, Aryca 15AC-CR02910-01 PV

Skinner, Bryson 17AC-CR02470 Stealing

          17AC-CR02474 Stealing

          17AC-CR02440 PCS

          17AC-CR02439 Burg 2nd

Southern, Tiffany 15AC-CR02767-01 PV

Spence, Kiley     17AC-CR01677 PCS

Sperry, David     17AC-CR00011 DWI (B felony)

Steinbeck, Eric  15AC-CR00430-01 PV

Tolbert, Angelo 17AC-CR00922 Domestic 4th

          17AC-CR01200 Tampering 2nd

Weirich, Bryan  17AC-CR01803 Stalking 1st

Whithaus, Jennifer          17AC-CR01600-01 Delivery

*Williams, Jason* 17AC-CR02225 PCS

Williams, Quentin 17AC-CR01562-01 PCS

          17AC-CR01578-01 Domestic 2nd

          16AC-CR03222 PCS

          16AC-CR03110 Domestic 3rd

          16AC-CR00934-01 PCS

          16AC-CR00517 Domestic 3rd

          16AC-CR00492-01 PCS

          15AC-CR02760-01 Manufacture/produce

4

**Cole County Ungranted Motion to Appoint Out of Custody**

| | |
|---|---|
| Alldridge, Alicia | 16AC-CR00051-01 Stealing 3rd |
| Barton, Logan | 17AC-CR02214-01 Terroristic Threat |
| Briggs, Charlene | 17AC-CR00264-01 Stealing 3rd |
| Hawkins, Kelly | 17AC-CR00360-01 Delivery |
| Irvin, Alexandra 17AC-CR00180-01 Receiving | |
| Jones, Terry | 17AC-CR01619 Abuse/Neglect of a Child |
| Koechner, Brandi | 16AC-CR02754 PCS |
| | 17AC-CR00270 PCS |
| | 17AC-CR01004 PCS |
| McCallip III, Richard | 16AC-CR01741-01 PCS |
| Moore, Susan | 17AC-CR00869-01 DWI |
| Myers, Steven | 17AC-CR01423 Stealing |
| Parker, Antonia | 15AC-CR00965 Bad Check |
| Perkins, William | 17AC-CR00764 PCS |
| Pigford, Elizabeth | 17AC-CR00681-01 PCS |
| | 17AC-CR01166 Paraphernalia |
| Sinden, Rocky | 17AC-CR00773-01 PCS |
| Smith, Samantha | 16AC-CR02063-01 Resisting |
| | 16AC-CR03264 PCS Misd. A |
| West, Julie | 17AC-CR00491 |
| Wilson, Joseph | 17AC-CR02069-01 PCS |

Cole Motion to Appoint/Motion to Decline overruled

| | |
|---|---|
| Byrd, Corey | 15AC-CR03445 Stealing 3rd |

5

|                      | 17AC-CR01462 PCS                                  |
|----------------------|---------------------------------------------------|
| Cooley, Celeste      | 17AC-CR02386 Delivery                             |
| Cravens, Steven      | 17AC-CR00239 Stealing                             |
|                      | 17AC-CR00557 Stealing                             |
| Hite Jr, Gregory     | 17AC-CR01876 Resisting                            |
| Houseman, Daniel     | 16AC-CR03257 PV                                   |
|                      | 17AC-CR01548 Stealing                             |
| Houston, Chauntiana  | 17AC-CR01359 Leaving Scene                        |
| Koelling, Dara       | 17AC-CR01029 Domestic 2nd                    |
| McCormick, Chad      | 17AC-CR00599 Committing Violence                  |
| O'Donnell, Carrie    | 17AC-CR01615 PCS                                  |
| Simpson, Glen        | 17AC-CR01203 PCS                                  |
| Snider, Sean         | 16AC-CR03188 PCS                                  |
| Toledo, Javier       | 16AC-CR01298 Stealing                             |
| Weaver, John         | 17AC-CR01187 Committing Violence                  |
| Weyland, Samuel      | 17AC-CR01969 Forgery                              |

**Miller Motion to Appoint Overruled**

|                      |                                                   |
|----------------------|---------------------------------------------------|
| Bilyeu, Edgar        | 17ML-CR01100 Sodomy 1st                      |
| Black, William       | 17ML-CR00956 Domestic Assault 4th            |
|                      | 17ML-CR01192 PCS                                  |
|                      | 11ML-CR00683-01 PV                                |
| Christian, Christina | 17ML-CR00207-01 PV                                |
| Ford, Michael        | 17ML-CR00289 Fail to Register as a Sex Offender   |
| Lasley, Tiffany      | 17ML-CR00993 PCS                                  |
| Lunsford, Austin     | 17ML-CR00779 Stealing                             |

6

Thomas, Jason          17ML-CR00545 Burg 1st

                       17ML-CR00481 DWS 2nd


**Miller Ungranted Motion to Appoint**

Asher, Lacey           14ML-CR00966-01 PV

Birdtail, Shaniya      17ML-CR01276 Endangering

Bowlin, Ronald         17ML-CR01277 Endangering

Brown, Johney          17ML-CR01278 PCS

Callison, Jennifer     12ML-CR00354-01 PV

Chiarini, Shannon      16ML-CR00977-01 PV

Clay, Christopher      13ML-CR00908-01 PV

Crosthwait, Mark       15ML-CR00595-01 PV

                       17ML-CR00928 PCS

Doyle, Diedra          11ML-CR00495-01 PV

Dwyer, Joseph          17ML-CR01097 Burg 2nd

Farrow, Gerald         17ML-CR00775 Assault 2nd

                       17ML-CR00775 PCS

Gaunt, Melisa          17ML-CR00645 PCS

Goodwilliw, Sean       15ML-CR00148-01 PV

                       14ML-CR00074-01 PV

Hail, Dillon           17ML-CR01136 Stat. Sodomy 1st

                       17ML-CR01129 Burg 1st

Hice, John             17ML-CR01094 Domestic 2nd

                       17ML-CR01093 Domestic 2nd

Hilgert, Jason         17ML-CR01281 PCS

7

| Hill, Brandon | 17ML-CR01264 DWS |
| | 17ML-CR00447 DWS |
| Horton, Bradley | 10ML-CR00443-01 PV |
| Lunsford, Austin | 17ML-CR00778 Stealing |
| Luttrell Jr, John | 17ML-CR01185 PCS |
| Martin, Aaron | 17ML-CR01021 Delivery |
| Martin, Kelly | 17ML-CR01020 Delivery |
| Olson, Christopher | 15ML-CR00443-01 PV |
| Patalsky, Jacob | 17ML-CR00954 Tampering 1st |
| Phillips, Lucas | 17ML-CR01237 PCS |
| Powell, John | 17ML-CR01149 Assault 1st |
| Riggs, Kendra | 13ML-CR00773-01 PV |
| Scott, Ami | 17ML-CR00316 PCS |
| | 17ML-CR00404 Resisting |
| Taylor, Michael | 17ML-CR01143 Burg 2nd |
| | 14ML-CR00631-01 PV |

**Moniteau Ungranted Motion to Appoint**

| Hobbs, Kimberly | 16MT-CR00445 DWI |
| Kaullen, Jeremiah | 17MT-CR00100 Driving Suspended |
| | 17MT-CR00099 DWI |

**Left over from other attorneys not reassigned-Motion to Appoint not granted**

| Brake, Randy | 16ML-CR00735-01 PV |
| Broadway, Owen | 16ML-CR00688 Bad Check |
| Burch, Daniel | 16ML-CR00440 Invol. Manslaughter |
| Hertel, Robert | 16ML-CR00508 Enticement |

8

| Heilig, Dillon | 17AC-CR00292 DWI |
| Faulkner, *Bill* | 16AC-CR02427 Assault 3rd |
| | 16AC-CR02478 PCS |
| | 16AC-CR02482 Violation OP |
| | 16AC-CR02519 Violation OP |
| Rice, Brisha | 16ML-CR00023 PCS |
| Shallenberger, Karla | 12ML-CR00083-01 PV |
| Smith, Robert | 16AC-CR01981 Assault 3rd |
| | 16AC-CR00638 DWS |
| Stengel, Katy | 15ML-CR01234 PCS |
| Stone, Ashley | 16AC-CR02928 Assault 3rd |
| Turpen, Steven | 16ML-CR00804 Rape 2nd |

**Applications**

I have 36 Cole County applications where the applicant qualifies and the motion to appoint needs to be filed and a file created.

I have 60 Miller County applications where the applicant qualifies and the motion to appoint needs to be filed and a file created.

9

_____
Affiant

In witness whereof I have hereunto subscribed my name and affixed my official seal this
31 day of October , 2017.

_____
(Signed)

THERESA M. SCHAEFER
Notary Public - Notary Seal
STATE OF MISSOURI
Cole County
Commission # 13452968
My Commission Expires: 12-09-2017

(Seal)

| Case Information | Totals | Date | Division | Docket |
|---|---|---|---|---|

**Carver, Justin** ~~224~~ 220

**20 Other Homicide** — 1
565.021 - Murder 2nd FA — 1
  Christopher C Buxton (Cause # 17LA-CR01008) — 08/09/2016 — 3



DEFENDANT'S EXHIBIT
H
1|7|17  JC

**30D A - B Felony Drug (incl. unclassified)** — 4
195.211 - Drug/Del. Manu. Prod. — 4
  David D McDaniel (Cause # 16ML-CR00141-01) — 02/09/2016 — 3
  Charles D. Christoff (Cause # 16ML-CR00291-0 — 04/12/2016 — 2
  Amber Higgins (Cause # 16ML-CR00051-01F) — 05/02/2016 — 2
  Connor Leighton Cooper (Cause # 16ML-CR002 — 10/14/2016 — 3

**30F A - B Felony Other (incl. unclassified, n** — 1
569.160 - Burglary 1st Degree — 1
  Jason M Thomas (Cause # 17ML-CR00545) — 10/04/2017 — 4

**30F A - B Felony Other (incl. unclassified, n** — 3
217.385 - Committing Violence — 1
  Ronnie Brown (Cause # 16AC-CR00144F) — 04/07/2016 — 2
565.081 - Assault Law Enfrcmnt Officer FA — 1
  Marvin Rice (Cause # 15CW-CR00087) — 01/27/2012 — 4
577.010 - DWI MA/B Felony B/D — 1
  James Ritchie (Cause # 16ML-CR00926-01) — 09/12/2014 — 1

**30X A - B Felony Sex (incl. unclassified, ma** — 2
566.060 - Sodomy 1st Degree — 1
  Edgar A Bilyeu (Cause # 17ML-CR01100) — 10/12/2017 — 4
566.062 - Statutory Sodomy 1st Dgr — 1
  Dillon J Robertson (Cause # 17ML-CR00780) — 08/24/2017 — 4

**35D C - D - E Felony Drug** — 50
195.202 - Possession of a controlled substance — 7
  George A Wohlgermuth (Cause # 16ML-CR012! — 01/30/2017 — 3
  Heather N Humphrey (Cause # 16ML-CR01160- — 02/08/2017 — 2
  Richard W Gilbert Jr (Cause # 16ML-CR01275) — 04/05/2017 — 4
  Cathy L Roe (Cause # 16ML-CR00253) — 06/14/2017 — 4
  Jeffery T Nash (Cause # 17ML-CR00257) — 06/07/2017 — 4
  ~~Melissa D Walker (Cause # 17ML-CR00236)~~ — 05/24/2017 — 4
  Chris L Witt (Cause # 17ML-CR01072) — 09/21/2017 — 4
579.015 - Possession of a Controlled Substance — 41
  Mark A Blackwell (Cause # 17ML-CR00054) — 01/17/2017 — 4
  Randy A Helton (Cause # 17ML-CR00053-01) — 01/19/2017 — 3
  April D Ford (Cause # 17ML-CR00118) — 02/01/2017 — 4
  Samantha J Helton (Cause # 17ML-CR00146-0 — 02/15/2017 — 1
  Ruth A Allen (Cause # 17ML-CR00179-01) — 03/02/2017 — 3
  Ruth A Allen (Cause # 17ML-CR00206-01) — 03/02/2017 — 3
  Christopher A Vanderpool (Cause # 17ML-CR0( — 04/03/2017 — 1
  Johnathan H. O'Neill (Cause # 17ML-CR00209- — 04/05/2017 — 3
  Eddie L Hehner (Cause # 17ML-CR00327) — 05/22/2017 — 4
  Ladonna L Ferguson (Cause # 17ML-CR00422) — 05/22/2017 — 4
  Drue T Spiers (Cause # 17ML-CR00677) — 06/21/2017 — 4
  Christopher A Vanderpool (Cause # 17ML-CR0( — 07/17/2017 — 4
  Marci Koopmeiners (Cause # 17ML-CR00693) — 06/26/2017 — 4
  Richard B Rains (Cause # 17ML-CR00563) — 06/12/2017 — 4
  Daniel A Davis (Cause # 17ML-CR00784) — 08/08/2017 — 4
  Brittany Wilson (Cause # 17ML-CR00806-01) — 08/08/2017 — 4
  Zachary D. Duncan (Cause # 17ML-CR00899) — 08/10/2017 — 4
  Ace A Doyle (Cause # 17ML-CR00881-01) — 08/10/2017 — 3

| Case Information | Totals | Date | Division | Docket |
|---|---|---|---|---|
| Chelsey M Collison  (Cause # 17ML-CR00901) | | 08/10/2017 | 4 | |
| Travis T Robbins  (Cause # 17ML-CR00759) | | 08/16/2017 | 4 | |
| Joshua L Reed  (Cause # 17ML-CR00953) | | 08/23/2017 | 4 | |
| Robert J Hertel  (Cause # 17ML-CR00795) | | 08/23/2017 | 4 | |
| Jason L Woods  (Cause # 17ML-CR00984-01) | | 08/24/2017 | 4 | |
| John Boedecker  (Cause # 17ML-CR00959) | | 08/24/2017 | 4 | |
| Donna D. Taggart  (Cause # 17ML-CR00971) | | 08/24/2017 | 4 | |
| Stanley W. Woods  (Cause # 17ML-CR00787) | | 09/08/2017 | 4 | |
| Ruth A Allen  (Cause # 17ML-CR01049-01) | | 09/08/2017 | 3 | |
| Cassie Grant  (Cause # 17ML-CR00522) | | 09/08/2017 | 4 | |
| Joshua Barton  (Cause # 17ML-CR01019) | | 09/08/2017 | 4 | |
| Brooklyn R Traceski  (Cause # 17ML-CR01047) | | 09/12/2017 | 4 | |
| Christine A Cusanelli  (Cause # 17ML-CR01050) | | 09/12/2017 | 4 | |
| Heather I Howard  (Cause # 17ML-CR01018) | | 09/13/2017 | 4 | |
| Cathy Bailey  (Cause # 17ML-CR00813) | | 09/13/2017 | 4 | |
| Nichole M Donnelly  (Cause # 17ML-CR01091) | | 09/15/2017 | 4 | |
| Bradley G. Horton  (Cause # 17ML-CR01090) | | 09/21/2017 | 4 | |
| Cory Fisher  (Cause # 17ML-CR01103) | | 09/21/2017 | 4 | |
| Stefanie M Hader  (Cause # 17ML-CR01080) | | 09/21/2017 | 4 | |
| Anthony R Mandino  (Cause # 17ML-CR01070) | | 10/12/2017 | 4 | |
| Tiffany J Lasley  (Cause # 17ML-CR00993) | | 10/12/2017 | 4 | |
| Jason L Winters  (Cause # 17ML-CR00199-01) | | 10/30/2017 | 1 | |
| Brad L Ponder  (Cause # 17ML-CR00747) | | 10/31/2017 | 4 | |
| 579.020 - Delivery of a Controlled Substance | 1 | | | |
| Corey E Samuels  (Cause # 17ML-CR00742) | | 08/09/2017 | 4 | |
| 579.068 - Trafficking Drugs 2nd Degree | 1 | | | |
| Cody D Stone  (Cause # 17ML-CR00091) | | 02/09/2017 | 4 | |
| **35D C - D Felony Drug** | **20** | | | |
| 195.202 - Possession of a controlled substance | 20 | | | |
| Terry K Phelps  (Cause # 14ML-CR00953-01F) | | 02/04/2015 | 3 | |
| Alyssa C Smith  (Cause # 15ML-CR00642-01F) | | 07/30/2015 | 2 | |
| Preston J. Cash  (Cause # 16ML-CR00171-01F) | | 02/24/2016 | 3 | |
| Melinda Winebrenner  (Cause # 15ML-CR01080 | | 03/03/2016 | 2 | |
| Ricky L Cotten  (Cause # 16ML-CR00273-01) | | 03/29/2016 | 2 | |
| David Conboy  (Cause # 16ML-CR00361-01F) | | 04/15/2016 | 1 | |
| Beverly Hollenbeck  (Cause # 16ML-CR00444-0 | | 05/25/2016 | 2 | |
| Charles D. Christoff  (Cause # 16ML-CR00443-0 | | 06/07/2016 | 2 | |
| Dwayne H Brown  (Cause # 16ML-CR00226-01F | | 07/08/2016 | 3 | |
| Christopher C Olson  (Cause # 16ML-CR00441-( | | 07/11/2016 | 2 | |
| Dustin R Thomas  (Cause # 16ML-CR00699-01F | | 07/20/2016 | 2 | |
| Bridgette L Beard  (Cause # 16ML-CR00776-01F | | 08/11/2016 | 1 | |
| Charles W Noland  (Cause # 16ML-CR00797-01 | | 09/25/2016 | 3 | |
| Tyler M Henderson  (Cause # 16ML-CR01070-0' | | 10/21/2016 | 2 | |
| Christopher A Vanderpool  (Cause # 16ML-CR0' | | 10/31/2016 | 3 | |
| Mack M Teegarden  (Cause # 16ML-CR01139-0 | | 11/10/2016 | 1 | |
| Ricky  J Mitchell  (Cause # 16ML-CR01173-01) | | 12/14/2016 | 2 | |
| Billy Upton  (Cause # 16ML-CR01225-01) | | 12/15/2016 | 3 | |
| Mariah C Adams  (Cause # 16ML-CR01300-01) | | 12/29/2016 | 2 | |
| Shawn Steele  (Cause # 16ML-CR01324-01) | | 12/30/2016 | 2 | |
| **35F C - D - E Felony Other (Incl. unclassifie** | **56** | | | |
| 302.321 - Driv. While Susp/Revoked 2nd & Subseq | 5 | | | |
| ~~Brian Retter  (Cause # 17ML-CR00002)~~ | | 04/05/2017 | 4 | |
| Michael J Huber  (Cause # 17ML-CR00874) | | 08/08/2017 | 4 | |

| Case Information | Totals | Date | Division | Docket |
|---|---|---|---|---|
| George A Wohlgermuth (Cause # 17ML-CR008! | | 08/10/2017 | 3 | |
| Richard L Logan (Cause # 16ML-CR01229) | | 08/14/2017 | 4 | |
| Dominic Finch (Cause # 17ML-CR00888) | | 08/23/2017 | 4 | |
| 565.052 - Assault 2nd Degree | 1 | | | |
| Gregory B Davis (Cause # 17ML-CR00354) | | 08/16/2017 | 4 | |
| 565.073 - Domestic Assault 2nd Degree | 3 | | | |
| Teresa L McLemore (Cause # 17ML-CR00186-( | | 03/01/2017 | 1 | |
| Justin M Landreth (Cause # 17ML-CR00263) | | 04/05/2017 | 4 | |
| Justin M Landreth (Cause # 17ML-CR00262) | | 04/05/2017 | 4 | |
| 565.074 - Domestic Assault 3rd Degree | 2 | | | |
| Chrystal A Scurlock (Cause # 17ML-CR00564) | | 07/28/2017 | 4 | |
| Andrew W Smarsh (Cause # 17ML-CR00727) | | 08/23/2017 | 4 | |
| 568.040 - Crim. Nonsupport MA/FD | 1 | | | |
| Brian C Belleci (Cause # 16ML-CR01165-01) | | 01/12/2017 | 2 | |
| 568.040 - Nonsupport | 12 | | | |
| Don W Swanigan (Cause # 16ML-CR00198-01) | | 01/11/2017 | 2 | |
| Donald C Mathers III (Cause # 17ML-CR00192) | | 04/05/2017 | 4 | |
| Melissa S Wilson (Cause # 15ML-CR01221-01) | | 05/10/2017 | 1 | |
| Eric B McNeil (Cause # 17ML-CR00406-01) | | 06/13/2017 | 2 | |
| James Stivers (Cause # 16ML-CR01064-01) | | 06/14/2017 | 2 | |
| Brandon L Wood (Cause # 17ML-CR00762) | | 08/08/2017 | 4 | |
| Christopher D Duncan (Cause # 17ML-CR0081( | | 08/16/2017 | 4 | |
| Stephanie Wysong (Cause # 17ML-CR00361) | | 08/23/2017 | 4 | |
| Michael G Davidson (Cause # 16ML-CR01311) | | 09/08/2017 | 4 | |
| Samuel R Reedy (Cause # 17ML-CR00972) | | 09/08/2017 | 4 | |
| David E Wallace (Cause # 17ML-CR00797) | | 09/15/2017 | 4 | |
| William J Nowicki (Cause # 17ML-CR00049) | | 09/21/2017 | 4 | |
| 568.045 - Endangr Welfare Child 1st Dgr | 1 | | | |
| Heather Green (Cause # 17ML-CR00007) | | 06/07/2017 | 4 | |
| 568.060 - Abuse or Neglect of a Child | 1 | | | |
| Joylynn Rhoades-Matherly (Cause # 17ML-CR0 | | 08/23/2017 | 4 | |
| 569.080 - Tampering 1st Degree | 5 | | | |
| Cody D Stone (Cause # 17ML-CR00317) | | 05/01/2017 | 4 | |
| Cody D Stone (Cause # 17ML-CR00403) | | 05/01/2017 | 4 | |
| Preston J. Cash (Cause # 17ML-CR00292-01) | | 05/01/2017 | 3 | |
| David C Bryant (Cause # 17ML-CR00590) | | 08/08/2017 | 4 | |
| Michael A Taylor (Cause # 17ML-CR00965) | | 08/23/2017 | 4 | |
| 569.170 - Burglary 2nd Degree | 4 | | | |
| Robert Sherrow (Cause # 17ML-CR00184-01) | | 03/01/2017 | 1 | |
| Levi M Stiles (Cause # 17ML-CR00193-01) | | 03/01/2017 | 1 | |
| Darrell Wilhite (Cause # 17ML-CR01105) | | 09/21/2017 | 4 | |
| Brad L Ponder (Cause # 17ML-CR00871) | | 10/31/2017 | 4 | |
| 569.170 - Burglary 2nd FC | 1 | | | |
| Jason Konwinski (Cause # 16ML-CR01259-01) | | 01/12/2017 | 3 | |
| 570.030 - Theft/Stealing | 6 | | | |
| Jonathan H Johannes (Cause # 17ML-CR00188 | | 03/01/2017 | 1 | |
| Drue T Spiers (Cause # 17ML-CR00678) | | 07/12/2017 | 4 | |
| Jamie L Morris (Cause # 17AC-CR01628-01) | | 08/18/2017 | 2 | |
| Austin Lunsford (Cause # 17ML-CR00779) | | 10/12/2017 | 4 | |
| Austin Lunsford (Cause # 17ML-CR00778) | | 10/12/2017 | 4 | |
| Justin W Miller (Cause # 17ML-CR01184) | | 10/31/2017 | 4 | |
| 570.040 - Stealing 3rd Offense | 1 | | | |
| Nyisha M Robinson (Cause # 17ML-CR00362) | | 08/14/2017 | 4 | |

| Case Information | Totals | Date | Division | Docket |
|---|---|---|---|---|
| 570.080 - Rec. Stolen Prop. MA/FC | 1 | | | |
| David Murdoch  (Cause # 15ML-CR00088) | | 09/15/2017 | 4 | |
| 570.090 - Forgery | 1 | | | |
| Finley A Burke  (Cause # 17ML-CR00307) | | 05/04/2017 | 4 | |
| 571.070 - Unlawful Possession of a Firearm | 2 | | | |
| Anthony R Mandino  (Cause # 17ML-CR00957) | | 08/24/2017 | 4 | |
| Tyler J Clements  (Cause # 17ML-CR01048) | | 09/12/2017 | 4 | |
| 575.150 - Resisting or Interfering with Arrest, Deter | 2 | | | |
| Preston J. Cash  (Cause # 17ML-CR00293-01) | | 05/01/2017 | 3 | |
| Stephanie Ash  (Cause # 17ML-CR00165) | | 10/31/2017 | 4 | |
| 577.010 - Driving While Intoxicated | 3 | | | |
| Clayborn C Shafer  (Cause # 17ML-CR00021-01 | | 01/11/2017 | 1 | |
| Joseph Kelso  (Cause # 17ML-CR00157-01) | | 02/09/2017 | 3 | |
| Jason A Smith  (Cause # 17ML-CR00769-01) | | 06/14/2017 | 3 | |
| 577.060 - Leaving the Scene of an Accident | 2 | | | |
| Lindsey Russell  (Cause # 16ML-CR01216-01) | | 04/05/2017 | 3 | |
| Chris L Witt  (Cause # 17ML-CR00506) | | 09/21/2017 | 4 | |
| 579.015 - Possession of a Controlled Substance | 1 | | | |
| Michelle L Brockway  (Cause # 17ML-CR00767) | | 07/13/2017 | 4 | |
| 589.425 - Failure to register as a sex offender | 1 | | | |
| Michael D. Ford  (Cause # 17ML-CR00289) | | 10/12/2017 | 4 | |
| **35F C - D Felony Other (Incl. unclassified, r** | **32** | | | |
| 195.202 - Possession of a controlled substance | 2 | | | |
| Melinda Winebrenner  (Cause # 15ML-CR01081- | | 03/03/2016 | 2 | |
| Kirsten N Iliff  (Cause # 16ML-CR01278-01) | | 12/13/2016 | 2 | |
| 302.321 - Driv. While Susp/Revoked | 3 | | | |
| Gary W Patterson  (Cause # 14ML-CR00989-01I | | 12/15/2014 | 3 | |
| Mark P Rossi  (Cause # 15ML-CR00037-01) | | 11/21/2016 | 3 | |
| Daniel C Dietzman  (Cause # 16ML-CR01046-01 | | 12/02/2016 | 3 | |
| 565.073 - Domestic Assault 2nd FC | 2 | | | |
| Adam M Smith  (Cause # 16ML-CR00279-01F) | | 04/27/2016 | 2 | |
| Jeremy Howser  (Cause # 16ML-CR00696-01F) | | 07/11/2016 | 2 | |
| 565.082 - Assault Law Enforcement Officer 2nd deg | 2 | | | |
| Cheyenne Jilek  (Cause # 16ML-CR00453-01) | | 05/19/2016 | 1 | |
| Mariah C Adams  (Cause # 16ML-CR01301-01) | | 12/29/2016 | 2 | |
| 568.040 - Crim. Nonsupport MA/FD | 11 | | | |
| Wade Causey  (Cause # 15ML-CR00190-01F) | | 01/21/2016 | 3 | |
| James E. Wyatt  (Cause # 15ML-CR00941F) | | 03/16/2016 | 4 | |
| Avie Martin  (Cause # 16ML-CR00174-01F) | | 03/29/2016 | 2 | |
| Cheri Frank  (Cause # 16ML-CR00175-01F) | | 05/02/2016 | 2 | |
| Fred Craig  (Cause # 16ML-CR00609-01F) | | 07/18/2016 | 3 | |
| Ruby A Brown  (Cause # 16ML-CR00896-01F) | | 09/13/2016 | 2 | |
| Charles E Browers  (Cause # 16ML-CR00853-01 | | 09/13/2016 | 2 | |
| John M Simons, Jr  (Cause # 16ML-CR00935-01 | | 10/28/2016 | 3 | |
| Joshua E Thompson  (Cause # 15ML-CR00139- | | 10/31/2016 | 2 | |
| Latisha M Thomas  (Cause # 16ML-CR01167-01 | | 12/02/2016 | 2 | |
| Ricky L Cotten  (Cause # 16ML-CR01265-01F) | | 12/08/2016 | 3 | |
| 569.170 - Burglary 2nd FC | 2 | | | |
| Alyssa C Smith  (Cause # 15ML-CR00813-01F) | | 09/03/2015 | 2 | |
| Aaron L Matthess  (Cause # 14ML-CR00403-01) | | 03/02/2016 | 1 | |
| 570.030 - Theft/Stealing | 1 | | | |
| Mindy J Blackwell  (Cause # 16ML-CR00482-02I | | 07/11/2016 | 4 | |
| 570.120 - Passing Bad Check MA/FC | 4 | | | |

| Case Information | Totals | Date | Division | Docket |
|---|---|---|---|---|
| Walter L White Jr. (Cause # 14ML-CR00346-01I | | 06/22/2015 | 2 | |
| Joseph A Waters (Cause # 15ML-CR00623-01F | | 09/09/2015 | 2 | |
| Brandon J Flaugher (Cause # 13ML-CR00652-0 | | 10/16/2015 | 2 | |
| Dominic Finch (Cause # 16ML-CR00202-01F) | | 03/28/2016 | 2 | |
| 571.030 - Unlaw. Use Weapon | 1 | | | |
| Charles M Sandrell (Cause # 16ML-CR01332-0 | | 12/30/2016 | 3 | |
| 577.010 - DWI MA/B Felony B/D | 3 | | | |
| Alice Eakins (Cause # 14ML-CR00875-01F) | | 07/15/2015 | 2 | |
| Antione S. Jordan (Cause # 16AC-CR01791-01I | | 10/27/2016 | 4 | |
| Danny Jack (Cause # 16ML-CR01329) | | 12/28/2016 | 4 | |
| 577.060 - Leav. Scene/MV Accl. MA/FD | 1 | | | |
| Cody Bax (Cause # 16ML-CR00468-01F) | | 12/02/2016 | 3 | |
| **45M Misdemeanor (other than Traffic)** | **12** | | | |
| 302.321 - Driv. While Susp/Revoked 2nd & Subseq | 1 | | | |
| Jamie L Coplin (Cause # 17ML-CR00627) | | 07/28/2017 | 4 | |
| 455.085 - Violation of Protective Order | 1 | | | |
| Katherine Hood (Cause # 17AC-CR00776) | | 06/30/2017 | 3 | |
| 565.056 - Assault 4th Degree | 1 | | | |
| Jeffery L Cross (Cause # 17ML-CR00449) | | 06/14/2017 | 4 | |
| 565.074 - Domestic Assault 3rd Degree | 1 | | | |
| Michael J Huber (Cause # 16ML-CR01334) | | 08/08/2017 | 4 | |
| 565.076 - Domestic Assault 4th Degree | 1 | | | |
| William N Black (Cause # 17ML-CR00956) | | 10/10/2017 | 4 | |
| 569.140 - Trespass 1st MB | 1 | | | |
| Jesse M Ray (Cause # 16ML-CR00860M) | | 10/31/2016 | 4 | |
| 570.030 - Theft/Stealing | 4 | | | |
| Mark A Blackwell (Cause # 16ML-CR00547M) | | 11/10/2016 | 4 | |
| ~~Ryan L Southard (Cause # 15ML-CR00808)~~ | | 05/22/2017 | 4 | |
| Robert H. Mahlan, Jr. (Cause # 17AC-CR00252 | | 05/25/2017 | 3 | |
| Brittany L Williams (Cause # 17AC-CR00409) | | 04/18/2017 | 3 | |
| 570.120 - Passing a Bad Check | 2 | | | |
| ~~Ryan L Southard (Cause # 15ML-CR01120)~~ | | 05/22/2017 | 4 | |
| David Murdoch (Cause # 15ML-CR00903) | | 09/15/2017 | 4 | |
| **65F Probation Violation - Felony** | **40** | | | |
| 001.000 - Probation Violation | **40** | | | |
| Richard B. Holt (Cause # 12AC-CR00665-01F) | | 05/23/2013 | 2SJ | |
| Joseph A Waters (Cause # 12ML-CR00066-01F | | 09/09/2015 | 2 | |
| Joseph A Waters (Cause # 13ML-CR00297-01F | | 09/09/2015 | 2 | |
| Terrance L Declue (Cause # 12ML-CR00154-01 | | 06/07/2016 | 2 | |
| Adam M Smith (Cause # 13ML-CR00403-01) | | 06/16/2016 | 1 | |
| Billy E Williams (Cause # 12ML-CR00774-01F) | | 11/14/2016 | 2 | |
| Tracey L Shelton (Cause # 14ML-CR00069-01) | | 04/12/2017 | 1 | |
| Jason L Woods (Cause # 13ML-CR00786-01) | | 04/12/2017 | 2 | |
| Anita Stanley (Cause # 16ML-CR00015-01) | | 05/17/2017 | 2 | |
| Lance J Stroad (Cause # 14ML-CR00888-01) | | 05/17/2017 | 1 | |
| Lance J Stroad (Cause # 14ML-CR00249-01) | | 05/17/2017 | 1 | |
| Justin M McDowell (Cause # 15ML-CR00138-01 | | 05/18/2017 | 2 | |
| Justin M McDowell (Cause # 14ML-CR00623-01 | | 05/18/2017 | 2 | |
| Justin M McDowell (Cause # 12ML-CR00877-01 | | 05/18/2017 | 2 | |
| Travis D Hicks (Cause # 11ML-CR00722-01) | | 05/22/2017 | 1 | |
| Anthony Lively (Cause # 16ML-CR00305-01) | | 06/14/2017 | 2 | |
| Marvin Bowman (Cause # 13ML-CR00816-01) | | 06/14/2017 | 1 | |
| Daniel S Klockzien (Cause # 15ML-CR00106-01 | | 06/16/2017 | 1 | |

| Case Information | Totals | Date | Division | Docket |
|---|---|---|---|---|
| Crysalois N Mccomb  (Cause # 12ML-CR00456- | | 07/13/2017 | 2 | |
| Zayne C Wood  (Cause # 15ML-CR00442-01) | | 07/13/2017 | 2 | |
| Michelle L Brockway  (Cause # 14ML-CR00820- | | 07/13/2017 | 1 | |
| Ceaser T Bustamante  (Cause # 14ML-CR00721 | | 07/17/2017 | 2 | |
| Richard B Hagedorn  (Cause # 13AC-CR02788-( | | 05/02/2017 | 1 | |
| Ashley A Newburn  (Cause # 12ML-CR00249-01 | | 06/13/2017 | 1 | |
| Ezekiel R Stout  (Cause # 16ML-CR00778-01) | | 08/08/2017 | 2 | |
| Candace Rand  (Cause # 16ML-CR00445-01) | | 08/08/2017 | 1 | |
| Tiffany A Southern  (Cause # 16ML-CR00191-01 | | 08/09/2017 | 3 | |
| Ace A Doyle  (Cause # 15ML-CR01159-01) | | 08/10/2017 | 3 | |
| Charity L Albers  (Cause # 16ML-CR00285-01) | | 08/14/2017 | 1 | |
| Bryan L Williams  (Cause # 17ML-CR00410-01) | | 08/14/2017 | 3 | |
| Bryan L Williams  (Cause # 16ML-CR00844-01) | | 08/14/2017 | 3 | |
| Terry J Weaver  (Cause # 16ML-CR00077-01) | | 08/16/2017 | 3 | |
| Ace A Doyle  (Cause # 13ML-CR01017-01) | | 09/12/2017 | 1 | |
| Mary R Fuller  (Cause # 15ML-CR01256-01) | | 09/13/2017 | 4 | |
| Michael L Bledsoe  (Cause # 14ML-CR00980-01 | | 09/13/2017 | 2 | |
| Ezekiel R Stout  (Cause # 15ML-CR00025-01) | | 09/15/2017 | 2 | |
| Kendra Riggs  (Cause # 13ML-CR00773-01) | | 10/10/2017 | 1 | |
| Stephanie Ash  (Cause # 14ML-CR00663-01) | | 10/31/2017 | 2 | |
| Nikki J LaRusso  (Cause # 13ML-CR00743-01) | | 10/31/2017 | 1 | |
| Kyle Thomas  (Cause # 15AC-CR01178-01) | | 10/31/2017 | 4 | |
| **65M Probation Violation - Misd.** | **3** | | | |
| 001.000 - Probation Violation | **3** | | | |
| Christopher M Maples  (Cause # 15AC-CR00520( | | 06/15/2016 | 3 | |
| Christopher M Johnson  (Cause # 16ML-CR0062 | | 08/08/2017 | 4 | |
| Nicholas R Atkinson  (Cause # 13ML-CR00590-( | | 08/10/2017 | 4 | |