# Exhibit A



FILED

OCT 2 3 2017

CLERK OF CIRCUIT COURT
MORGAN COUNTY, MO



IN THE 26TH JUDICIAL CIRCUIT COURT, MORGAN COUNTY MISSOURI

| Judge or Division :<br>PEGGY D RICHARDSON (31387) | Case Number : 17MG-CR00068-01<br>☐ Change of Venue from |
|---|---|
| | Offense Cycle No : J4010240 |
| State Of Missouri vs.<br>Defendant: RANDALL LEE DALTON (DALRL0631)<br>1922 CIRCLE ALLEN DR<br>JEFFERSON CITY, MO 65101 | Prosecuting Attorney/MO Bar No:<br>DUSTIN G DUNKLEE (56875)<br><br>Defense Attorney/MO Bar No :<br>KARIE ELIZABETH COMSTOCK (53938) |
| DOB : 23-Dec-1954  SSN : 498620631<br>SEX : M | |
| | Appeal Bond Set Date :<br>Amount : |

## Judgment

| | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| **Original Charge:** | 1 | 30-Jan-2017 | 579.015-001Y201735.0 | Possession Of Controlled Substance Except 35 Grams Or Less Of Marijuana/Synthetic Cannabinoid ( **Felony D** RSMo: 579.015 ) |

| **Disposition:** | 23-Oct-2017 | | Guilty Plea |
|---|---|---|---|
| **Order Date:** | 23-Oct-2017 | **Sentence or SIS :** | Suspended Imposition of Sent. |
| **Length :** | 5 Years | **Start Date :** | 23-Oct-2017 |
| **Program :** | PROBATION | **Agency :** | Missouri Board of Probation & Parole |
| **Classification :** | SUPERVISED | | |
| **Associated To :** | Charge 1 | | |
| **Start Date :** | 23-Oct-2017 | **Due to End :** | 23-Oct-2022 |

| **Defendant's Probation has not been revoked.** |
|---|
| The court informed the defendant of verdict/finding, asks the defendant whether (s)he has anything to say why judgment should not be pronounced, and finds that no sufficient cause to the contrary has been shown or appears to the court. |
| Defendant has been advised of his/her rights to file a motion for post-conviction relief pursuant to **Supreme Court Rule 24.035/29.15** and the court has found **No Probable Cause** to believe that defendant has received ineffective assistance of counsel. |
| The Court orders:<br>Costs waived. |

| The Court further orders: |
|---|
| **23-Oct-2017**    **Defendant Sentenced** |
| 24.035/29.15 INEFFECT COUNSEL - No;   ALLOCUTION - Yes |

| So Ordered on: 17MG-CR00068-01    ST V RANDALL LEE DALTON | |
|---|---|
| Oct. 23, 2017 | _[signature]_ |
| Date | Judge |

I certify that the above is a true copy of the original Judgment and Sentence of the court in the above cause, as it appears on record in my office.

(Seal of Circuit Court)

Issued on:

| Date | Clerk |
|---|---|