# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| SHONDEL CHURCH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 17-04057-CV-C-NKL |
| STATE OF MISSOURI, et al., | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS MICHAEL BARRETT, H. RILEY BOCK, CHARLES R. JACKSON, CRAIG CHVAL AND A. CRISTA HOGAN

COMES NOW undersigned counsel, Attorney at Law, and moves for leave to withdraw as attorney for Defendants Michael Barrett, H. Riley Bock, Charles R. Jackson, Craig Chval and A. Crista Hogan on behalf of the Missouri State Public Defender in the above-entitled cause. In support of this motion, counsel notes:

1. Counsel's employment with the Missouri State Public Defender was terminated as of this date.

WHEREFORE, for the reason stated herein, undersigned counsel moves that this Court grant her leave to withdraw as counsel of record for Defendants Michael Barrett, H. Riley Bock, Charles R. Jackson, Craig Chval and A. Crista Hogan on behalf of the Missouri State Public Defender.

/s/ Jacqueline D. Shipma
JACQUELINE D. SHIPMA
General Counsel
Missouri Bar No. 36883
Missouri State Public Defender
Woodrail Centre
1000 West Nifong, Building 7, Suite 100
Columbia, Missouri 65203
Telephone: (573) 526-5212
Fax: (573) 777-9975
Jacqueline.Shipma@mspd.mo.gov

ATTORNEY FOR DEFENDANTS
BARRETT, BOCK, JACKSON, CHVAL, AND
HOGAN