IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| SHONDEL CHURCH, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Case No. 17-04057-CV-C-NKL |
| STATE OF MISSOURI, et al., | ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE AS COUNSEL OF RECORD FOR DEFENDANTS MICHAEL BARRETT, H. RILEY BOCK, CHARLES R. JACKSON, CRAIG CHVAL AND A. CRISTA HOGAN

COMES NOW undersigned counsel, Patrick J. Berrigan, Assistant Public Defender, and hereby enters his appearance as attorney for Defendants Michael Barrett, H. Riley Bock, Charles R. Jackson, Craig Chval and A. Crista Hogan on behalf of the Missouri State Public Defender in the above-entitled cause.

Respectfully submitted,

*/s/ Patrick J. Berrigan*
Patrick J. Berrigan, Mo. Bar No. 34321
Assistant Public Defender
920 Main St., Suite 500
Kansas City, MO 64105
Phone (816) 889-7699, ext. 227
Fax (816) 889-2088
Email: patrick.berrigan@mspd.mo.gov
ATTORNEY FOR DEFENDANTS
BARRETT, BOCK, JACKSON, CHVAL,
AND HOGAN

# Certificate of Service

I hereby certify that on this 30th day of October, 2018, copies of the foregoing *Entry of Appearance as Counsel of Record for Defendants Michael Barrett, H. Riley Bock, Charles R. Jackson, Craig Chval, and A. Crista Hogan*, were emailed and mailed by U.S. Mail, postage prepaid, to the following:

Anthony Rothert
Jessica Steffan
ACLU of Missouri Foundation – St. Louis
906 Olive Street, Suite 1130
St. Louis, MO 63101
Email: arothert@aclu-mo.org *and*
jsteffan@ aclu-mo.org

Jason D. Williamson
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Email: jwilliamson@aclu.org

Gillian Wilcox
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, MO 64111
Email: gwilcox@aclu-mo.org

Robert Sills
Aaron Scherzer
Mathew R. Shahabian
Orrick, Herrington &Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
Email: rsills@orrick.com,
ascherzer@orrick.com, *and*
mshahabian@orrick.com

D. John Sauer
Laura E. Elsbury
Missouri Attorney General's Office
P.O. Box 889
Jefferson City, MO 65102
Email: john.sauer@ago.mo.gov *and*
laura.elsbury@ago.mo.gov

Amy Breihan
MacArthur Justice Center – St. Louis
3115 South Grand Boulevard, Suite 300
St. Louis, MO 63118
Email: amy.breihan@macarthurjustice.org

Evan Rose
Easha Anand
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Email: erose@orrick.com *and*
eanand@orrick.com

*/s/ Patrick J. Berrigan*