IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHONDEL CHURCH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 17-04057-CV-C-NKL |
| STATE OF MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE AS COUNSEL OF RECORD
FOR DEFENDANTS MICHAEL BARRETT, H. RILEY BOCK, CHARLES R.
JACKSON, CRAIG CHVAL AND A. CRISTA HOGAN**

COMES NOW undersigned counsel, J. Gregory Mermelstein, Deputy Director/ General Counsel, and hereby enters his appearance as attorney for Defendants Michael Barrett, H. Riley Bock, Charles R. Jackson, Craig Chval and A. Crista Hogan on behalf of the Missouri State Public Defender in the above-entitled cause.

          Respectfully submitted,

          */s/ J. Gregory Mermelstein*
          J. Gregory Mermelstein, Mo. Bar No. 33836
          Deputy Director/General Counsel
          1000 West Nifong, Building 7, Suite 100
          Columbia, Missouri 65203
          Telephone: (573) 777-9977
          Fax: (573) 777-9975
          Email: greg.mermelstein@mspd.mo.gov
          ATTORNEY FOR DEFENDANTS
          BARRETT, BOCK, JACKSON, CHVAL, AND
          HOGAN

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2019, copies of the foregoing *Entry of Appearance as Counsel of Record for Defendants Michael Barrett, H. Riley Bock, Charles R. Jackson, Craig Chval, and A. Crista Hogan*, were emailed and mailed by U.S. Mail, postage prepaid, to the following:

Anthony Rothert
Jessica Steffan
ACLU of Missouri Foundation – St. Louis
906 Olive Street, Suite 1130
St. Louis, MO 63101
Email: arothert@aclu-mo.org *and*
jsteffan@aclu-mo.org

D. John Sauer
Doug Shull
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Email: john.sauer@ago.mo.gov *and*
doug.shull@ago.mo.gov

Jason D. Williamson
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Email: jwilliamson@aclu.org

Justin Moore
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
Email: justin.moore@ago.mo.gov

Gillian Wilcox
ACLU of Missouri Foundation – KCMO
406 West 34th Street, Suite 420
Kansas City, MO 64111
Email: gwilcox@aclu-mo.org

Amy Breihan
MacArthur Justice Center – St. Louis
3115 South Grand Boulevard, Suite 300
St. Louis, MO 63118
Email: amy.breihan@macarthurjustice.org

Robert Sills
Matthew R. Shahabian
Camille Rosca
Orrick, Herrington &Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
Email: rsills@orrick.com,
mshahabian@orrick.com *and*
crosca@orrick.com

Evan Rose
Easha Anand
Will Melehani
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Email: erose@orrick.com,
eanand@orrick.com *and*
wmelehani@orrick.com

Anjali Prasad
Anthony Tartaglio
Orrick, Herrington &Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Email:  aprasad@orrick.com *and*
atartaglio@orrick.com

                                          */s/ J. Gregory Mermelstein*
                                          J. Gregory Mermelstein