UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Randall Lee DALTON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 17-04057-CV-C-NKL |
| Michael BARRETT, et al., | ) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Come now Plaintiffs and Defendants and jointly move this Court for entry of consent judgment. A copy of the proposed consent judgment is attached hereto and incorporated herein by reference.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
American Civil Liberties Union
of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63108
Phone: (314) 652-3114
trothert@aclu-mo.org

*Attorney for Plaintiffs*

/s/ J. Gregory Mermelstein
J. Gregory Mermelstein, #33836
Deputy Director/General Counsel
1000 West Nifong, Building 7, Suite 100
Columbia, Missouri 65203
Telephone: (573) 777-9977
Fax: (573) 777-9975
greg.mermelstein@mspd.mo.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon counsel for each party by operation of this Court's ECF/CM system on May 13, 2019.

/s/ Anthony E. Rothert