UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RANDALL LEE DALTON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 17-04057-CV-C-NKL ) |
| MICHAEL BARRETT, et al., | ) ) |
| Defendants. | ) ) |

**ENTRY OF APPEARANCE**

COMES NOW Cristian M. Stevens and enters his appearance on behalf of Intervenor the Missouri Attorney General.

Respectfully submitted,

**ERIC S. SCHMITT**
*Attorney General*

*/s/ Cristian M. Stevens*
Cristian M. Stevens
   Deputy Attorney General - Criminal
   Missouri Bar No. 48028
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Phone: 573-751-3321; Fax: 573-751-9456

ATTORNEYS FOR INTERVENOR THE
MISSOURI ATTORNEY GENERAL

1

## CERTIFICATE OF SERVICE

       I hereby certify that on the 4th day of June, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's online case filing system, and thereby served on all parties in the case.

                                                */s/ Cristian M. Stevens*
                                                Cristian M. Stevens

2

Case 2:17-cv-04057-NKL   Document 229   Filed 06/04/19   Page 2 of 2