**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

ORDER SETTING TRIAL DOCKET
BEGINNING MONDAY, AUGUST 19, 2019
(TWO-WEEK DOCKET)

The cases on the attached docket will be tried in order. The parties shall stay in touch with the courtroom deputy, Renea Matthes Mitra (telephone number: (816) 512-5689), to determine when their case will be reached for trial. If the Court is unable to try the cases set on this docket in the time allotted, the remaining cases will be rescheduled.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: July 3, 2019
Jefferson City, Missouri

# TRIAL DOCKET
# COMMENCING AUGUST 19, 2019

| Case No. | Style of Case | Jury or Non-Jury |
|---|---|---|
| 15-4303 | *Thompson v. Lombardi* | Jury |
| 17-6058 | *Davis v. Buchanan* | Jury |
| 18-6121 | *Ellis v. Elkins* | Jury |
| 17-4057 | *Dalton v. Barrett* | Non-Jury |