# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| SHONDEL CHURCH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 17-04057-CV-C-NKL |
| STATE OF MISSOURI, et al., | ) |
| Defendants. | ) |

## CONSENT MOTION TO EXTEND DEADLINE FOR PRETRIAL SUBMISSIONS

Come now Plaintiffs, with consent of Defendants, and move this Court to amend its March 26, 2019 Scheduling and Bench Trial Order, (Doc. #219) to extend the deadline for the parties' pretrial submissions, including their trial briefs, motions in limine, pretrial conference memoranda, witness lists, and exhibit lists. Plaintiffs do not seek to extend the August 19 trial date. Specifically, Plaintiffs request that the deadline for the parties' pretrial submissions all be extended to **August 16, 2019**.

In support, Plaintiffs state:

1. The Court issued a Scheduling and Bench Trial Order on March 26, 2019 (Doc. #219).

2. Under the March 26, 2019 Scheduling and Bench Trial Order, the parties' pretrial submissions are due on the following dates:

    a. Trial Briefs: July 30, 2019

    b. Motions in Limine: July 30, 2019

    c. Memo on Pretrial Conference: August 7, 2019

    d. Witness List: August 7, 2019

    e. Exhibit List: August 7, 2019

1

3. On May 13, 2019, following nearly two months of negotiations, the parties submitted a Joint Motion for Consent Judgment, which the Court is currently considering (Doc. #221).

4. On May 14, 2019, the Missouri Attorney General moved to intervene in the case (Doc. #222).

5. On July 12, 2019, the Court denied the Attorney General's Motion to Intervene, but did permit the Attorney General to submit an amicus brief, within two weeks of the denial Order, "concerning whether the proposed consent judgment is consistent with Missouri law and whether the proposed consent judgment will unavoidably and adversely affect public safety and welfare in a concrete and particularized way." (Doc. #238).

6. As such, the Attorney General's amicus brief, should he choose to file one, is due on July 26, 2019. Pursuant to the Court's Order, the parties' responses to any amicus brief are due on August 9, 2019.

7. Plaintiffs are confident that briefly extending the deadlines for pretrial submissions will enable the parties to respond adequately to the Attorney General's amicus brief while also preparing their respective pretrial briefs, motions in limine, witness lists, and exhibit lists.

8. Plaintiffs do not seek to extend the August 19, 2019 trial date.

9. The MSPD Defendants have consented to Plaintiffs' proposed amendments to the parties' deadlines for pretrial submissions.

WHEREFORE Plaintiffs respectfully request this Court extend all the current deadlines for the parties' pretrial submissions to August 16, 2019.

Respectfully submitted,

| | |
|---|---|
| /s/ Jason D. Williamson<br>Jason D. Williamson*<br>ACLU FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br><br>Anthony Rothert<br>Missouri Bar #44827<br>ACLU OF MISSOURI FOUNDATION<br>906 Olive Street, Suite 1130<br>St. Louis, MO 63101<br>Telephone: (314) 652-3114<br>Facsimile: (314) 652-3112<br>Email: arothert@aclu-mo.org<br><br>Gillian Wilcox<br>Missouri Bar #61278<br>ACLU OF MISSOURI FOUNDATION<br>406 West 34th Street, Suite 420<br>Kansas City, MO 64111<br>Telephone: (816) 470-9933<br>Facsimile: (314) 652-3112<br>Email: gwilcox@aclu-mo.org | Amy Breihan<br>Missouri Bar #65499<br>RODERICK & SOLANGE MACARTHUR JUSTICE CENTER<br>3115 South Grand Boulevard, Suite 300<br>St. Louis, MO 63118<br>Telephone: (314) 254-8540<br>Facsimile: (314) 254-8547<br>Email: amy.breihan@macarthurjustice.org<br><br>Robert Sills*<br>Matthew R. Shahabian*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019<br><br>Evan Rose*<br>Easha Anand*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br><br>*Admitted Pro Hac Vice |

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on July 15, 2019.

/s/ Jason D. Williamson