IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RANDALL LEE DALTON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 17-04057-CV-C-NKL |
| | ) |
| MICHAEL BARRETT, et al., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF APPEAL
TO THE US COURT OF APPEALS FOR THE 8TH CIRCUIT

Notice is hereby given that the Missouri Attorney General, the Intervenor/Defendant, hereby appeals to the United States Court of Appeals for the 8th Circuit from an order entered in this action on the 12th day of July, 2019.

Respectfully submitted,

ERIC S. SCHMITT
Attorney General

*/s/ Jeremiah J. Morgan*
Jeremiah J. Morgan
  Deputy Attorney General – Civil Missouri
  Bar No. 50387
Cristian M. Stevens
  Deputy Attorney General – Criminal
  Missouri Bar No. 48028
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Phone: 573-751-3321; Fax: 573-751-9456

ATTORNEYS FOR INTERVENOR THE MISSOURI ATTORNEY GENERAL

1