Court Clerk Office
U.S. District Court for
Western District of Missouri
Central Division

Michael Connors
305042  2-D-212
Southeast Correctional Center
300 E. Pedro Simmons Dr.
Charleston, MO. 63834
5-14-2020

Greetings.
   I am requesting copies & cost of copies to Case # 2:17-CV-04057 NKL entitled Randall Lee Dalton vs. Michael Barrett. Denied & Filed July 12, 2019. Doc # 221 Filed on May 13, 2019 Consent Judgment Also Exhibit 1 (Proposed Consent Judgment). From the beginning to end including § I to XXI.

                                Michael Connors