UNITED SATES DISTRICT
COURT WESTERN DISTRICT OF
MISSOURI CENTRAL DIVISION

DALTON, et al.,            )
                           )
         Plaintiffs,       )
                           )
     v.                    )   Case No. 17-04057-CV-C-NKL
                           )
FOX, et al.,               )
                           )
         Defendants.       )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

1. On March 9, 2017, Plaintiffs filed this class action petition for injunctive and declaratory relief in the Circuit Court of Cole County, State of Missouri, on behalf of themselves and all those similarly situated across the state, against the Director and Commissioners of the Missouri State Public Defender (MSPD)[1], then-Governor Eric Greitens, and the State of Missouri (Defendants). Specifically, Plaintiffs alleged multiple and longstanding systemic deficiencies in the delivery of indigent defense services by the State of Missouri, placing them, and all indigent defendants across the state, at a substantial risk of receiving constitutionally-deficient representation at critical stages of their prosecution, in violation of their Sixth Amendment right to effective counsel and Article 1, Section 18(a) of the Missouri Constitution.

2. Defendant Missouri State Public Defender has denied throughout the pendency of this lawsuit that its actions or inactions related to Plaintiffs' representation amount to an ongoing violation of Plaintiffs' Sixth Amendment right to effective counsel or Article 1,

---

[1] Since the filing of this lawsuit, Michael Barrett resigned as Director of MSPD. Mary Fox assumed that position on January 10, 2020 and thus is automatically substituted in as a defendant in her official capacity, pursuant to FED. R. CIV. P. 25(d).

Section 18(a) of the Missouri Constitution.

3. Notwithstanding their adversarial positions, the Parties recognize the fundamental right of indigent juvenile and criminal defendants, including Plaintiff Viola Bowman, to receive legal representation that is in full compliance with the requirements and mandates of the Sixth Amendment to the U.S. Constitution, as well as Article 1, Section 18(a) of the Missouri Constitution. The Parties recognize that Plaintiff Bowman is currently represented by an attorney from MSPD and that her case is set for jury trial in October, 2020.

4. The Parties recognize that since the filing of this petition, the Court has denied the Plaintiffs' request for class certification; and the State of Missouri and Governor of the State have been dismissed as defendants.

5. The Parties recognize that since the filing of this petition, Plaintiffs Dalton, Samuels, and Richman no longer have a pending criminal case and are no longer represented by Missouri State Public Defender.

6. The Parties also recognize that since the filing of this petition, the Missouri State Legislature has appropriated additional funds for MSPD and that current Governor Mike Parson has released all appropriated funds to MSPD. As a result of the provision of those additional funds, MSPD has:

    a. Created a Children's Defense Team that provides specialized representation for children facing delinquency charges in the 11th, 16th, 20th, 21st, 22nd and 23rd judicial circuits;

    b. Increased compensation to attorneys to improve retention of trained and experienced staff; and

c. Allocated funds for case contracting to circuits with waitlists in an effort to decrease the number of indigent accused on those waitlists and to shorten the amount of time the indigent accused are without counsel.

7. The Parties agree that these efforts will continue going forward so long as adequate funding is available to MSPD.

8. The Parties recognize that MSPD's further efforts to provide constitutional representation to the indigent accused in Missouri is dependent in part on the provision of additional resources to MSPD by the State of Missouri and that MSPD has continued to advocate for those additional resources since the inception of this lawsuit. MSPD will continue their efforts to advocate for the necessary resources so that they can provide constitutional representation to the indigent accused in Missouri.

9. The Parties agree that going forward in the representation of Viola Bowman, MSPD will take all reasonably necessary and available steps to ensure Ms. Bowman receives constitutionally adequate counsel for the remainder of her case, including:

   a. Maintaining monthly contact with Ms. Bowman until her case is completed at the trial court level, and documenting that client contact in Ms. Bowman's physical and electronic file;

   b. Assigning a second chair attorney to assist lead counsel both prior to and during Ms. Bowman's trial; and

   c. Taking the necessary steps to be prepared to proceed to a jury trial for the current trial setting of October 19, 2020, as well as any future trial dates in the event of further postponements of Ms. Bowman's trial.

10. Accordingly, in light of these remedial measures taken by MSPD and representations as

to Viola Bowman's defense going forward, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs dismiss this case against Missouri State Public Defender without prejudice.

11. Each Party agrees that it shall bear its own fees and costs.

Dated: June 11, 2020

**Counsel for Plaintiffs:**

/s/ Jason D. Williamson
Jason D. Williamson*
ACLU Foundation
25 Broad Street, 18th Floor
New York, NY 10004

Anthony E. Rothert
Missouri Bar #44827
Jessie Steffan
Missouri Bar #64861
Kayla DeLoach
Missouri Bar #72424
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112

Gillian R. Wilcox
Missouri Bar #61278
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938

Amy Breihan
Missouri Bar #65499
Roderick & Solange MacArthur Justice Center
3115 South Grand Boulevard, Suite 300
St. Louis, MO 63118
Telephone: (314) 254-8540

Matthew R. Shahabian*
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

*Admitted pro hac vice


**Counsel for Defendants**:

SIMMONS HANLY CONROY

/s/ Richard L. Kroeger, Jr.
Richard L. Kroeger, Jr. MO#59949
Ted N. Gianaris, MO#48359
G. Michael Stewart, MO#64351
One Court Street
Alton, IL 62002
618.259.2222
618.259.2251 (Fax)
rkroeger@simmonsfirm.com
tgianaris@simmonsfirm.com
mstewart@simmonsfirm.com