UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RANDALL LEE DALTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 17-04057-CV-C-NKL |
| ) | |
| MICHAEL BARRETT, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE REGARDING PENDING APPEAL

The Missouri Attorney General respectfully gives notice to the Court that in response to the Defendants' motion to dismiss the pending appeal, he has filed in the United States Court of Appeals for the Eighth Circuit a motion to vacate this Court's July 12, 2019, order (Doc. 238), in accordance with *United States v. Munsingwear*, 340 U.S. 36, 39 (1950) and *Robinson v. Pfizer, Inc.*, 855 F.3d 893, 898–99 (8th Cir. 2017). The Missouri Attorney General respectfully brings these filings to the Court's attention as the Court considers Plaintiffs' and Defendants' joint stipulation of dismissal.

DATED: June 19, 2020

                                            Respectfully submitted,

                                            ERIC S. SCHMITT
                                            *Attorney General*

                                            */s/ Jeremiah J. Morgan*
                                            Jeremiah J. Morgan
                                                Deputy Attorney General - Civil
                                                Missouri Bar No. 50387
                                            Cristian M. Stevens
                                                Deputy Attorney General - Criminal

1

Missouri Bar No. 48028
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Phone: 573-751-3321
Fax: 573-751-9456

ATTORNEYS THE MISSOURI
ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of June, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's online case filing system, thereby affecting service on all parties.

                                  */s/ Jeremiah J. Morgan*
                                  Jeremiah J. Morgan

2

Case 2:17-cv-04057-NKL   Document 304   Filed 06/19/20   Page 2 of 2