# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2584

_____

Shondel Church

Plaintiff

Randall Lee Dalton; Dorian Samuels; Viola Bowman; Brian Richman

Plaintiffs - Appellees

v.

State of Missouri; Michael L. Parson

Defendants

Michael Barrett; H. Riley Bock; Charles R. Jackson; Craig Chval; A. Crista Hogan

Defendants - Appellees

v.

Missouri Attorney General

Intervenor Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:17-cv-04057-NKL)

_____

**JUDGMENT**

Before BENTON, GRUENDER and MELLOY, Circuit Judges.

The unopposed motion to dismiss this appeal as moot has been considered and is granted. The motion to vacate the district court's order denying the Attorney General's motion to intervene is also granted. The case is remanded to the district court with instructions to vacate the July 12, 2019 order denying the Attorney General's motion to intervene.

July 08, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans