# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2584

Shondel Church

Randall Lee Dalton, et al.

Appellees

v.

State of Missouri and Michael L. Parson

Michael Barrett, et al.

Appellees

v.

Missouri Attorney General

Appellant

___

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:17-cv-04057-NKL)

___

## MANDATE

In accordance with the judgment of 07/08/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 29, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit